# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br><br>VS.<br><br>FSG PRIVATAIR, INC. and in "their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br><br><br><br><br>JULY 1, 2003 |

### MOTION TO DISMISS

Defendants FSG PrivatAir, Inc ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H. Miller and Thomas L. Connelly, by their attorney, move the court pursuant to F.R.C.P. 12 (b) for an order dismissing the above-entitled action on the grounds that the court does not have subject matter jurisdiction over the Fair Labor Standards Act claims asserted by the plaintiffs and that the plaintiffs have failed to state a claim upon which relief can be granted. The defendant FSG PrivatAir, Inc. is an air carrier and subject to Title II of the Railway Labor Act under 45 U.S.C. § 181. Therefore, FSG PrivatAir is exempt from the Fair Labor Standards Act as an air carrier pursuant to 29 U.S.C. § 213(b) (3).

**NO ORAL ARGUMENT REQUESTED**

DENIED, at a hearing on the record October 9, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  10/14/03