03CV1011pcsmgmt

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.

PLAINTIFFS,

VS.

FSG PRIVATAIR, INC. and in "their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY

DEFENDANTS.

CASE NO. 303CV1011(AWT)

OCTOBER 23 2003

This 26(f) Report is hereby APPROVED, over objection. The first phase of discovery shall be limited to the issue of subject matter jurisdiction and the status of PrivatAir as a common air carrier. The first phase of discovery shall be completed by January 23, 2004. All discovery shall be completed by November 29, 2004. Dispositive motions on the issue of subject matter jurisdiction shall be filed by April 26, 2004. All other dispositive motions shall be filed on or before December 20, 2004. A Joint Trial Memorandum Order will be issued after the dispositive motions deadline has passed. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 12/24/03

**DEFENDANTS' PROPOSED CASE MANAGEMENT PLAN**

## I. Certification

Pursuant to Your Honor's order at oral argument on October 9, 2003, the defendants, by their attorney, submit the following proposed case management plan and attached memorandum of law. Undersigned counsel certifies that, after consultation with the defendants, they have discussed the nature and basis of the parties' claims and defenses and any possibilities of achieving a prompt settlement or other resolution of the case and, in consultation with the defendants, have developed the following proposed case management plan.

## II. Jurisdiction

A. Subject Matter Jurisdiction: