

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG Privatair, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CASE NO. 3:03CV1011(AWT)<br><br>October 28, 2003 |

## PLAINTIFFS' PROPOSED CASE MANAGEMENT PLAN

**I.   CERTIFICATION**

Pursuant to the Court's order at oral argument on October 9, 2003, the undersigned counsel for the plaintiffs understood the parties were instructed to jointly file their respective positions and proposals on matters concerning discovery with the court pursuant to Fed. R. Civ. P. 16(b) and 26(f), and L. Civ. R. 16(b) and 26(e). Pursuant to said rules and court order, counsel attempted to schedule telephonic conferences with defense counsel however messages and faxes left with defense counsel for this purpose went unanswered. With receipt of defendants' Proposed Case Management Plan, dated October 23, 2003, plaintiff's counsel now hereby submits a proposed case management plan which is a variation of the revised draft proposed planning meeting report forwarded via facsimile to defendants' counsel on October 24, 2003, after several phone messages

*[Left margin, rotated]: The docket shall reflect that the court has approved the competing case management plan submitted by defendants. It is so ordered.*

*Alvin W. Thompson, U.S.D.J.*
*Hartford, CT   12/2†/03*