UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 26 P 2:50
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br>January 23, 2004 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiffs, by and through their undersigned counsel, hereby move this honorable Court for an order confirming the time the parties have within which to file answers to the first phase of discovery propagated pursuant to Rules 33 and 34 by allowing each party the full 30 days time with which to respond pursuant to said rules; or, in the alternative, an order granting an extension of time within which to respond to interrogatories and requests for production that is consistent with Rules 33 and 34 of Federal Civil Procedure by allowing 30 days. In support of said request/motion, the Plaintiffs state as follows:

1. That on December 24, 2003 this honorable Court approved the competing Case Management Plan submitted by the Defendants and ordered the first phase of discovery, addressing the jurisdictional issue alone, be completed by January 23, 2004.

2. That in the approved Case Management Plan Defendants were to submit their answer to the Complaint by November 23, 2003.

3. That as of this date, Defendants have not filed an answer to the Complaint.

4. That the undersigned counsel for the Plaintiffs did not receive the Court's December 24, 2003 order until January 6, 2004.

5. That the undersigned counsel for the Plaintiffs did not receive the interrogatories, request for production and request for admissions propagated by Defendants until January 12, 2004.

6. That Plaintiffs need more than 11 days to adequately respond to said discovery requests.

7. In that the Plaintiffs have likewise submitted interrogatories and requests for production to the Defendants that they could not reasonably respond to by January 23, 2004.

8. That the undersigned counsel for the Plaintiffs left messages with Attorneys Joseph Maya and Russell Sweeting to address these circumstances and request for extension however those messages were not returned as of the time and date of this request/motion.

9. That this is the first request for an extension of time to respond to the Defendants' discovery requests.

10. That the interest of judicial economy and the equities in favor of a fair and full hearing of the jurisdictional issues presented to the Court militate in favor of this honorable Court granting an extension of time of 30 days for the parties to file

answers to the other party's interrogatories, request for production and request for admissions in accordance with Rules 33, 34 and 36.

WHEREFORE, for the above-stated reasons and for good and just cause, the Plaintiff's respectfully request that this honorable Court grant their motion and enter an order granting an extension of time.

Respectfully submitted,<br>
THE PLAINTIFFS<br>
BY: _____<br>
James T. Baldwin, Esq. (ct08535)<br>
COLES, BALDWIN & CRAFT, LLC.<br>
1261 Post Road, P.O. Box 577<br>
Fairfield, CT 06824<br>
Tel. (203) 319-0800<br>
Fax (203) 319-1210

## CERTIFICATION

This is to certify that a copy of Motion for Extension of Time was sent by first class mail on January 23, 2004 to the following counsel of record:

Joseph C. Maya, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Russell J. Sweeting, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Richard J. Diviney, Esq.
65 Jesup Road
PO Box 390
Westport, CT 06881-0390

_____
James T. Baldwin, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br>January 23, 2004 |

## ORDER

UPON CONSIDERATION of the foregoing Motion for Extension of Time, it is hereby, this _____ day of January, 2004,

ORDERED, that the Motion of Extension of Time be, and the same hereby is GRANTED; and it is further

ORDERED, that the parties shall respond to all interrogatories and production requests within 30 days from their receipt in accordance with Rules 33, 34 and 36.

_____
UNITED STATES DISTRICT JUDGE