UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 30  A 11: 29

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011 (AWT)<br>HARTFORD, CT.<br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 29, 2004 |

### DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME

The Defendants, by and through their undersigned counsel, hereby object to Plaintiffs' Motion for Extension of Time dated January 23, 2004. The Plaintiffs have had adequate time to respond to Defendants' limited discovery requests concerning subject matter jurisdiction. Furthermore, the Defendants would be prejudiced in having to incur additional costs in conducting discovery on subject matter jurisdiction beyond the January 23, 2004 deadline imposed by Your Honor. The Defendants respectfully request that Your Honor issue an Order compelling the Plaintiffs to respond immediately to Defendants' discovery requests on subject matter jurisdiction and staying full discovery in this matter.

Full discovery in this matter should be stayed. The Plaintiffs have failed to

respond to Defendants' discovery on subject matter jurisdiction. The Defendants respectfully request that Your Honor issue an Order staying full discovery in this matter as the Defendants intend to file a dispositive motion on subject matter jurisdiction on or before March 15, 2004 that will, in all likelihood, result in the dismissal of the Plaintiffs' Complaint. In support of Defendants' request, the Defendants state the following:

**A.    Plaintiffs' Motion for Extension of Time should be denied**

(1) Plaintiffs were fully aware that discovery on subject matter jurisdiction was to be completed by January 23, 2004 pursuant to Your Honor's Order dated December 24, 2003.

(2) Plaintiffs' counsel did not contact the undersigned between January 9, 2004, when Defendants served requests for admissions and production requests on the Plaintiffs, and January 23, 2004 when discovery was to be completed on subject matter jurisdiction. Plaintiffs have had ample time to respond to the Defendants' limited discovery requests encompassing only three requests for admission and six requests for production to each Plaintiff.

(3) On Friday January 23, 2004, the date of Plaintiffs' Motion for Extension of Time and the date when discovery was due, Plaintiffs' counsel finally contacted the undersigned by leaving a voice message with the undersigned.

(4) The deadline for the Plaintiffs to respond to discovery concerning subject matter jurisdiction has passed and the Plaintiffs should be compelled to respond immediately to said discovery in its entirety.

(5) The Defendants should be awarded costs in opposing Plaintiffs' Motion for Extension of Time because the Plaintiffs have violated Your Honor's Order by not

responding to subject matter jurisdiction discovery by January 23, 2004.

(6) The Plaintiffs should be precluded from serving discovery requests pertaining to subject matter jurisdiction because they have failed to comply with the January 23, 2004 deadline imposed by Your Honor.

**B.    Full discovery should be stayed because the Defendants will file a dispositive motion on subject matter jurisdiction**

(1) The Plaintiffs have not responded to discovery served by the Defendants concerning subject matter jurisdiction by the deadline imposed by Your Honor and therefore, the Defendants should not have to respond to Plaintiff's discovery until the subject matter jurisdiction issue is decided by Your Honor.

(2) The Defendants have conducted discovery concerning subject matter jurisdiction and believe that they are exempt from the Fair Labor Standards Act claims of the Plaintiffs because the Plaintiffs are employed by an air carrier.

(3) The Defendants have conducted discovery concerning subject matter jurisdiction and will file a dispositive motion on the issue that will, in all likelihood, result in the dismissal of the Plaintiffs' Complaint.

(4) In the interest of judicial economy, discovery should be stayed as to all other issues until Your Honor decides the motion.

(5) The Defendants are prepared to conduct full discovery if Your Honor finds that subject matter jurisdiction exists in this case.

(6) The Defendants are prepared to file a dispositive motion on subject matter jurisdiction on or before March 15, 2004.

**C.      Conclusion**

Based on the foregoing, the Defendants respectfully request that Your Honor issue an Order compelling the Plaintiffs to respond immediately to Defendants' discovery requests on subject matter jurisdiction. In addition, the Defendants respectfully request that Your Honor issue an Order staying full discovery in this matter as the Defendants intend to file a dispositive motion on subject matter jurisdiction on or before March 15, 2004. Finally, the Defendants should be awarded costs in opposing Plaintiffs' Motion for Extension of Time because the Plaintiffs have violated Your Honor's Order dated December 24, 2003.

Respectfully Submitted,

THE DEFENDANTS

By: _____
Joseph C. Maya, Esq. ct/17742
Russell J. Sweeting, Esq. ct/24877
Maya & Associates, P. C.
183 Sherman Street
Fairfield, CT 06824
Telephone:  (203) 255-5600
Fax No:     (203) 255-5699

## CERTIFICATION

      This is to certify that a copy of the foregoing was mailed this 29th day of January 2004 to:

James T. Baldwin, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

                                                  Russell J. Sweeting

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>                                   PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>                                   DEFENDANTS. | CASE NO. 303CV1011 (AWT) |

## ORDER

**IT IS HEREBY ORDERED THAT:**

(1) The Plaintiffs are compelled to respond immediately to Defendants' subject matter jurisdiction discovery requests dated January 9, 2004.

(2) Full discovery is stayed in this matter pending the outcome of Defendants' dispositive motion on subject matter jurisdiction.

(3) Defendants must file a dispositive motion on subject matter jurisdiction on or before March 15, 2004.


Dated:  January ____, 2004



_____
ALVIN W. THOMPSON, U.S.D.J.
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

6