

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED
2004 JAN 26  P 2: 50
U.S. DISTRICT COURT
HARTFORD, CT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV30H(AWT)<br><br><br>January 23, 2004 |

### MOTION FOR EXTENSION OF TIME

The Plaintiffs, by and through their undersigned counsel, hereby move this honorable Court for an order confirming the time the parties have within which to file answers to the first phase of discovery propagated pursuant to Rules 33 and 34 by allowing each party the full 30 days time with which to respond pursuant to said rules; or, in the alternative, an order granting an extension of time within which to respond to interrogatories and requests for production that is consistent with Rules 33 and 34 of Federal Civil Procedure by allowing 30 days. In support of said request/motion, the Plaintiffs state as follows:

1. That on December 24, 2003 this honorable Court approved the competing Case Management Plan submitted by the Defendants and ordered the first phase of discovery, addressing the jurisdictional issue alone, be completed by January 23, 2004.

*[Handwritten margin note:]* Extension GRANTED, nunc pro tunc, to and including March 4, 2004. As discussed at a status conference on the record today, discovery is stayed except as the issue of subject matter jurisdiction. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  2/11/04