HONORABLE **Thompson**
DEPUTY CLERK _____  RPTR/~~ERO/TAPE~~ **DH**

TOTAL TIME: ___ hours ___ minutes

DATE **2/12/04**   START TIME **11:00am**   END TIME **11:15am**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **03CV1011**

**Caggianello**
vs.
**FSG Privatair**

**James Baldwin**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Russell Sweeting**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

☒ #32  Motion **for extension of time - to 3/4/04**  ☒ granted ☐ denied ☐ advisement

☒ Court orders that discovery be stayed as to subject matter jurisdiction

Hearing continued until _____