**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
NICHOLAS CAGGIANIELLO, et al. :
                              :
     Plaintiffs,              :
                              :
v.                            :   Civil No. 3:03CV1011(AWT)
                              :
FSG PRIVATAIR, INC., et al.   :
                              :
     Defendants.              :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

The marginal endorsement order (Doc. #34) granting the plaintiffs' Motion for Extension of Time (Doc. #32) and staying discovery is hereby VACATED because it contains a clerical error.

Plaintiffs' Motion for Extension of Time (Doc. #32) is hereby GRANTED, nunc pro tunc, to and including February 19, 2004.  Also, as discussed at the status conference on the record on February 12, 2004, discovery is stayed except as to the issue of subject matter jurisdiction.

It is so ordered.

Dated at Hartford, Connecticut this 17th day of February, 2004.



/s/
Alvin W. Thompson
United States District Judge