UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED



| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>            PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>            DEFENDANTS. | CASE NO. 303CV1011 (AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 26, 2004 |

### DEFENDANTS' MOTION FOR CLARIFICATION

The Defendants, by and through their undersigned counsel, hereby move this Court for an order clarifying when the Defendants are to answer the Complaint. The case management plan approved by Your Honor on December 24, 2003 did not set a new date for the Defendants to answer the Complaint. The Defendants originally proposed a November 23, 2003 date to answer the Complaint but Your Honor did not address this issue in the December 24, 2003 Order. The Defendants respectfully request that Your Honor issue an Order postponing the time the Defendants have to answer the Complaint until Your Honor rules on the pending subject matter jurisdiction issue.

The Defendants intend to file a dispositive motion on subject matter jurisdiction on or before April 26, 2004 that will, in all likelihood, result in the dismissal of the

**NO ORAL ARGUMENT REQUESTED**

Plaintiffs' Complaint. The Defendants have conducted discovery concerning subject matter jurisdiction and believe that they are exempt from the Fair Labor Standards Act claims of the Plaintiffs because the Plaintiffs are employed by an air carrier. However, the Defendants intend to file an Answer to the Plaintiffs' Complaint if Your Honor denies the Defendants' upcoming Motion.

The filing of an Answer by the Defendant will not clarify the subject matter jurisdiction issue in any matter and potentially will lead to additional motion practice concerning any counterclaims and defenses. The parties are currently conducting subject matter jurisdiction discovery and it will be completed by April 26, 2004.

Based on the foregoing, the Defendants respectfully request that Your Honor issue an Order postponing the time the Defendants have to answer the Complaint until Your Honor rules on the pending subject matter jurisdiction issue.

Respectfully Submitted,
THE DEFENDANTS

By: _____
Joseph C. Maya, Esq. ct/17742
Russell J. Sweeting, Esq. ct/24877
Maya & Associates, P. C.
183 Sherman Street
Fairfield, CT 06824
Telephone: (203) 255-5600
Fax No: (203) 255-5699

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 26th day of February 2004 to:

James T. Baldwin, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

*[signature]*
Russell J. Sweeting

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011 (AWT) |

## ORDER

**IT IS HEREBY ORDERED THAT:**

(1) the time for the Defendants to answer the Complaint is postponed until the pending subject matter jurisdiction issue is ruled upon.

Dated: February ____, 2004

_____
ALVIN W. THOMPSON, U.S.D.J.
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

4