UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 MAR -1  P 2: 22

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG Privatair, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br><br>February 27, 2004 |

## OBJECTION TO DEFENDANTS' MOTION TO EXEMPT FROM FILING ANSWER TO COMPLAINT

Plaintiffs object to the Defendant' Request for Extension of Time to file their answers to the complaint as set forth in their "Motion for Clarification" dated February 27, 2004.

Defendants' request for an order permitting them not to file an answer to the Complaint has no basis in the Federal Rules of Civil Procedure or in the history of this case. The "jurisdictional issue" contemplated in the Court's December 24, 2003 scheduling order cannot be addressed without the benefit of an answer to the Complaint. The Court's December 24, 2003 Case Management Plan adopted Defendants' original request to file their answers by November 23, 2003, which, despite Plaintiffs' written and verbal requests, they have failed to do.

Defendants' ongoing failure to file an answer will only delay the ability of the Plaintiffs to complete discovery on the jurisdictional issue, as has already happened with

depositions that had been scheduled for March 3-5, 2004. Plaintiffs' submit that Defendants' sudden and unexplained request is nothing less than a dilatory tactic designed to forestall Plaintiffs' ability to prosecute their claims and as such, constitutes a violation of F.R.C.P. 11(b)(1).

For the reasons stated above, Plaintiffs object to any further postponement of Defendants' obligations to file their answers to the Complaint and respectfully request that your Honor order them to immediately answer the Complaint or enter a default and/or other sanctions against them consistent with this objection.

Respectfully submitted,

THE PLAINTIFFS

BY: _____
James T. Baldwin, Esq. (ct08535)
COLES, BALDWIN & CRAFT, LLC.
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
Tel. (203) 319-0800
Fax (203) 319-1210

## CERTIFICATION

    This is to certify that a copy of this Objection to Defendants' Motion to Exempt from Answering Complaint was sent by first class mail on February 27, 2004 to the following counsel of record:

Joseph C. Maya, Esq.  
Maya & Associates, P.C  
183 Sherman Street  
Fairfield, CT 06824  

Richard J. Diviney, Esq.  
65 Jesup Road  
PO Box 390  
Westport, CT 06881-0390  

Russell J. Sweeting, Esq.  
Maya & Associates, P.C.  
183 Sherman Street  

_____  
James T. Baldwin, Esq.  
Fairfield, CT 06824