UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR -1  P 2: 22
U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG Privatair, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br><br>February 27, 2004 |

**MOTION FOR DEFAULT FOR
FAILURE TO ANSWER COMPLAINT**

The Plaintiffs in the above-entitled action, through their undersigned attorney, respectfully request that a default be entered against all Defendants Pursuant to F.R.C.P. 55(a), for their failure to file an answer to the Plaintiffs' Complaint pursuant to F.R.C.P.12(a) and the Court's order of December 24, 2003.

Respectfully submitted,

THE PLAINTIFFS

BY: _____
James T. Baldwin, Esq. (ct08535)
COLES, BALDWIN & CRAFT, LLC.
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
Tel. (203) 319-0800
Fax (203) 319-1210

## CERTIFICATION

      This is to certify that a copy of this Motion for Failure to Answer was sent by first class mail on February 27, 2004 to the following counsel of record:

Joseph C. Maya, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Russell J. Sweeting, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Richard J. Diviney, Esq.
65 Jesup Road
PO Box 390
Westport, CT 06881-0390

                                                           James T. Baldwin, Esq.