UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 MAR -3  P 1: 48

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>MARCH 2, 2004 |

### DEFENDANTS' OBJECTION TO PLAINTIFFS' MOTION FOR DEFAULT

The Defendants, by and through their undersigned counsel, hereby object to Plaintiffs' Motion for Default dated February 27, 2004. The Plaintiffs' attempt to default the Defendants constitutes unnecessary motion practice and results in the further delay of subject matter jurisdiction discovery. Therefore, the Plaintiffs' Motion for Default should be denied and the Plaintiffs should be sanctioned.

As articulated in the Defendants' Motion for Clarification dated February 26, 2004, the case management plan approved by Your Honor on December 24, 2003 did not set a date for the Defendants to answer the Complaint. The Defendants originally proposed a November 23, 2003 date to answer the Complaint but Your Honor did not address this issue in the December 24, 2003 Order. The Defendants respectfully request that Your Honor issue an Order postponing the time the Defendants have to answer the Complaint until Your Honor rules on the pending subject matter jurisdiction issue.

The parties have been conducting subject matter jurisdiction discovery since Your Honor's Order dated December 24, 2003. The Plaintiffs now claim, for the first time, that the subject matter jurisdiction issue cannot be addressed because the Defendants have not answered the Complaint. *See* Objection to D's Motion to Exempt from Filing Answer to Complaint at p. 1. As a result, the Plaintiffs' counsel has currently delayed discovery and cancelled scheduled depositions. *See* Id.

The Plaintiffs have failed to articulate how the filing of an Answer will address the subject matter jurisdiction issue. The filing of an Answer by the Defendants will not clarify the subject matter jurisdiction issue in any matter and potentially will lead to additional motion practice concerning any counterclaims and defenses. An Answer to the Complaint will not produce evidence to determine whether the Plaintiffs were employed by an air carrier thereby exempting the Defendants from the Fair Labor Standards Act ("FLSA") claims in the Complaint. The Plaintiffs' position is unsupportable. Subject matter jurisdiction has not been established in this case as a threshold matter.

Based on the foregoing, the Defendants respectfully request that Your Honor issue an Order postponing the time the Defendants have to answer the Complaint until Your Honor rules on the pending subject matter jurisdiction issue. In addition, the Plaintiffs' Motion for Default should be denied and the Plaintiffs should be sanctioned for unnecessary motion practice resulting in the delay of subject matter jurisdiction discovery.

Respectfully Submitted,<br>
THE DEFENDANTS

By: _____
Joseph C. Maya, Esq. ct/17742
Russell J. Sweeting, Esq. ct/24877
Maya & Associates, P. C.
183 Sherman Street
Fairfield, CT 06824
Telephone: (203) 255-5600
Fax No: (203) 255-5699

### CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 2nd day of March 2004 to:

James T. Baldwin, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

_____
Russell J. Sweeting

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>      PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>      DEFENDANTS. | CASE NO. 303CV1011 (AWT) |

## **ORDER**

**IT IS HEREBY ORDERED THAT:**

(1) the time for the Defendants to answer the Complaint is postponed until the pending subject matter jurisdiction issue is ruled upon;

(2) the Plaintiffs' Motion for Default dated February 27, 2004 is denied.


Dated: March ____, 2004


_____
ALVIN W. THOMPSON, U.S.D.J.
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT