UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011 (AWT)<br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 26, 2004 |

### DEFENDANTS' MOTION FOR CLARIFICATION

The Defendants, by and through their undersigned counsel, hereby move this Court for an order clarifying when the Defendants are to answer the Complaint. The case management plan approved by Your Honor on December 24, 2003 did not set a new date for the Defendants to answer the Complaint. The Defendants originally proposed a November 23, 2003 date to answer the Complaint but Your Honor did not address this issue in the December 24, 2003 Order. The Defendants respectfully request that Your Honor issue an Order postponing the time the Defendants have to answer the Complaint until Your Honor rules on the pending subject matter jurisdiction issue.

The Defendants intend to file a dispositive motion on subject matter jurisdiction on or before April 26, 2004 that will, in all likelihood, result in the dismissal of the

**NO ORAL ARGUMENT REQUESTED**

[Margin annotation: Extension GRANTED. The defendants' answer shall be filed no later than twenty days after the court's ruling on defendants' motion to dismiss for lack of subject matter jurisdiction. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 03/4/04]

[Stamp: FILED 2004 MAR 4 2:30 U.S. DISTRICT COURT HARTFORD CT]