UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | 2004 MAR 22 P 1: 42<br>CASE NO. 303CV1011 (AWT)<br>U.S. DISTRICT COURT<br>HARTFORD, CT<br><br><br><br><br><br><br><br>MARCH 19, 2004 |

## MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), the parties hereby respectfully move for entry of a stipulated Protective Order, which is attached. This Order is necessary to protect the privacy and confidentiality of certain documents requested in discovery by the parties.

DEFENDANTS,

By: _____
Russell J. Sweeting (ct24877)
Maya & Associates, P.C.
183 Sherman St.
Fairfield, CT 06824
(203) 255-5600

March 19, 2004

PLAINTIFFS,

By: _____
James T. Baldwin (ct08535)
Coles, Baldwin & Craft, LLC.
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
(203) 319-0800

March 16, 2004

**ORAL ARGUMENT NOT REQUESTED**