**FILED**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 APR 27  A II: 15

U.S. DISTRICT COURT
HARTFORD, CT.

NICHOLAS CAGGIANIELLO, NEIL
HOWARD and THOMAS FALCO, on
behalf of themselves and all other similarly
situated employees of FSG PrivatAir, Inc.

                            PLAINTIFFS,

VS.

FSG PRIVATAIR, INC. and in their
individual and official capacities DAVID C.
HURLEY, HUGH F. REGAN, THOMAS H.
MILLER and THOMAS L. CONNELLY

                           DEFENDANTS.

CASE NO. 303CV1011(AWT)

APRIL 26, 2004

## DEFENDANTS' RENEWED MOTION FOR SANCTIONS

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H.

Miller and Thomas L. Connelly, by their attorney, move the court pursuant to F.R.C.P. 11 (c) for an

order imposing sanctions on the Plaintiffs' attorney for violations of F.R.C.P. 11(b)(2) and (3).

Your Honor denied Defendants' original Motion for Sanctions at oral argument on October 9,

2004, but subsequently ordered the parties to conduct discovery on subject matter jurisdiction.

Based on discovery, the Defendants submit that Platiniffs' attorney had no reasonable basis to assert

claims under the Fair Labor Standards Act ("FLSA") and therefore, renew their Motion for

Sanctions.  In requesting sanctions, the Defendants rely on their Renewed Motion to Dismiss filed

simultaneously with the Court.

**ORAL ARGUMENT REQUESTED**

1

Plaintiffs' attorney should be sanctioned for filing a lawsuit with no reasonable basis in law or fact that has no chance of success under existing law or extension thereof. Plaintiffs' attorney failed to make a reasonable inquiry into the law and facts by asserting boilerplate allegations with no factual support. Therefore, Plaintiffs' attorney should be sanctioned under F.R.C.P. 11.

Defendants submit the attached memorandum of law in support of their Renewed Motion for Sanctions.

Respectfully Submitted,

THE DEFENDANTS

By: _____

Joseph C. Maya, Esq. ct/17742
Russell J. Sweeting, Esq. ct/24877
Maya & Associates, P. C.
183 Sherman Street
Fairfield, CT 06824
Telephone:  (203) 255-5600
Fax No:      (203) 255-5699

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 26th day of April 2004 to:


James T. Baldwin, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824


Russell J. Sweeting