UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 MAY 12  A 10: 52

U.S. DISTRICT COURT
HARTFORD, CT.

NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.

**Plaintiffs,**

vs.

FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY

**Defendants.**

CIVIL ACTION NO. 3:03CV1011(AWT)

May 10, 2004

## APPEARANCE

To the Clerk:

Please enter the appearance of the undersigned as counsel for all Plaintiffs. This is an *in addition* appearance additive to all counsel presently of record for the Plaintiffs.

**Dated at Fairfield, Connecticut
this 10th day of May, 2004**

Respectfully submitted,

THE PLAINTIFFS

BY:

_____
John B. Kaiser
Coles, Baldwin & Craft
1261 Post Road
Fairfield, CT 06824
Tel: 203.319.0800
Fax: 203.318.1210
Email: jkaiser@cbcct.com

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on the ___10th___ day of May, 2004, a copy of the foregoing, was delivered to:

Joseph C. Maya, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Russell J. Sweeting, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Richard J. Diviney, Esq.
65 Jesup Road
PO Box 390
Westport, CT 06881-0390

_____
John B. Kaiser

-2-