**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG Privatair, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br><br><br><br><br>May 18, 2004 |

**PLAINTIFFS' OPPOSITION TO**
**DEFENDANTS' RENEWED MOTION TO DISMISS**

In addition to the reasons set forth in Plaintiffs' original Memorandum of Law in Opposition to Defendants' Motion to Dismiss dated August 27, 2003, Plaintiffs object to the renewed Motion to Dismiss on the additional basis that it is not ripe by virtue of Defendants' failure to reasonably comply with discovery requests. In this regard, it should be noted that the depositions of the named individual Defendants were scheduled in early March but cancelled due to Defendants' February 26, 2004 blanket objections to Plaintiffs' original Request for Interrogatories and Production dated January 23, 2004.

Notwithstanding phone conferences between counsel in an effort to resolve the discovery objections on March 15th and 22nd, 2004, Defendants have maintained their objection to roughly 90% of Plaintiffs' discovery requests. That compliance that has been

provided has been made in qualified and trickled fashion through no fewer than four sets of disclosures between February 26, 2004 and April 23, 2004.

In summary, Plaintiffs maintain that the jurisdictional issue cannot be fairly resolved until their discovery advanced well before the Court's April 30, 2004 deadline is complied with.

            Respectfully submitted,

            THE PLAINTIFFS

    BY: _____
        James T. Baldwin, Esq. (ct08535)
        COLES, BALDWIN & CRAFT, LLC.
        1261 Post Road, P.O. Box 577
        Fairfield, CT 06824
        Tel. (203) 319-0800
        Fax (203) 319-1210

## **CERTIFICATION**

This is to certify that a copy of this Motion for Order Compelling Discovery was sent by first class mail on May 18, 2004 to the following counsel of record:

Joseph C. Maya, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Russell J. Sweeting, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Richard J. Diviney, Esq.
65 Jesup Road
PO Box 390
Westport, CT 06881-0390

            _____
            James T. Baldwin, Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG Privatair, Inc.<br><br>                              Plaintiffs,<br><br>                vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>                              Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br><br><br><br>May 18, 2004 |

## **ORDER**

UPON CONSIDERATION of the foregoing Opposition to Defendants' Renewed Motion to Dismiss and for sanctions, it is hereby, this _____ day of May, 2004,

ORDERED, that the Defendants' Renewed Motion to Dismiss and for sanctions be, and the same hereby is DENIED.

_____
UNITED STATES DISTRICT JUDGE