UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
                               :
CAGGIANIELLO, et al.,          :
                               :
     Plaintiff,                :
                               :
v.                             :     Civil No. 3:03CV01011(AWT)
                               :
FSG PRIVATAIR, INC., et al.,   :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

    This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

   \_\_\_\_\_All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

   \_\_\_\_\_A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

   \_\_X\_\_A ruling on the following motions, which are currently pending: <u>Motion to Compel (Doc. No. 51)</u>     (orefm.)

   \_\_\_\_\_A settlement conference (orefmisc./cnf)

   \_\_\_\_\_Other:_____(orefmisc./misc)

    It is so ordered.

    Dated this 19th day of May, 2004, at Hartford, Connecticut.

                                               /s/
                                      Alvin W. Thompson
                               United States District Judge