# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br><br><br>APRIL 26, 2004 |

## DEFENDANTS' RENEWED MOTION TO DISMISS

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H. Miller and Thomas L. Connelly, by their attorney, submit their Renewed Motion to Dismiss the above-entitled action pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") 12 (b)(1) on the ground that the court does not have subject matter jurisdiction over the Fair Labor Standards Act ("FLSA") claims asserted by the Plaintiffs. Your Honor denied Defendants' original Motion to Dismiss at oral argument on October 9, 2004, but subsequently ordered the parties to conduct discovery on subject matter jurisdiction in contemplation of the filing of this Renewed Motion to Dismiss. Pursuant to Your Honor's Order dated December 24, 2003, the Defendants file this Motion on April 26, 2004.

**ORAL ARGUMENT REQUESTED**

1