03CVIOllmtNSa

47

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**FILED**

2004 APR 27 A 11: 15

U.S. DISTRICT COURT
HARTFORD, CT.

NICHOLAS CAGGIANIELLO, NEIL
HOWARD and THOMAS FALCO, on
behalf of themselves and all other similarly
situated employees of FSG PrivatAir, Inc.

                      PLAINTIFFS,

VS.

FSG PRIVATAIR, INC. and in their
individual and official capacities DAVID C.
HURLEY, HUGH F. REGAN, THOMAS H.
MILLER and THOMAS L. CONNELLY

                      DEFENDANTS.

CASE NO. 303CV101 (AWT)

APRIL 26, 2004

### DEFENDANTS' RENEWED MOTION FOR SANCTIONS

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H.

Miller and Thomas L. Connelly, by their attorney, move the court pursuant to F.R.C.P. 11 (c) for an

order imposing sanctions on the Plaintiffs' attorney for violations of F.R.C.P. 11(b)(2) and (3).

Your Honor denied Defendants' original Motion for Sanctions at oral argument on October 9,

2004, but subsequently ordered the parties to conduct discovery on subject matter jurisdiction.

Based on discovery, the Defendants submit that Platiniffs' attorney had no reasonable basis to assert

claims under the Fair Labor Standards Act ("FLSA") and therefore, renew their Motion for

Sanctions. In requesting sanctions, the Defendants rely on their Renewed Motion to Dismiss filed

simultaneously with the Court.

**ORAL ARGUMENT REQUESTED**

1