UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc. | : : : : : | CASE NO. 303CV1011(AWT) |
| PLAINTIFFS, | : : | |
| VS. | : : | |
| FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY | : : : : : | |
| DEFENDANTS. | : | APRIL 28, 2005 |

**DEFENDANT FSG PRIVATAIR, INC.'S MOTION
FOR PROTECTIVE ORDER AND SANCTIONS**

Pursuant to Rule 26 (c) of the Federal Rules of Civil Procedure, the Defendant FSG PrivatAir, Inc. ("PrivatAir") hereby moves for a protective order in response to the Plaintiffs' refusal to abide by their counsel's withdrawal of discovery requests before this Court at oral argument on June 18, 2004. PrivatAir complied in good faith with Judge Martinez's Order dated March 9, 2005 by providing supplemental responses on March 21, 2005 to Plaintiffs' discovery requests dated January 23, 2004. At the same time, the undersigned informed Plaintiffs' counsel that PrivatAir is unable to provide tens of thousands of pages of trip sheet documents generated for the thousands of flights it operated between July 2000 and July 2003 without putting an undue burden on its business operations. In addition, the undersigned pointed out that Plaintiffs' counsel

**ORAL ARGUMENT IS REQUESTED**

withdrew the production request for trip sheet information for each flight. Therefore, PrivatAir respectfully requests a Protective Order to enforce Plaintiffs' counsel's withdrawal of the discovery request and requests that Plaintiffs' counsel be sanctioned for their misrepresentations to the Court requiring that PrivatAir bring this Motion. PrivatAir submits the affidavit of the undersigned and a Memorandum of Law in Support of its Motion attached hereto.

Respectfully Submitted,
FSG PRIVATAIR, INC.

By: _____
    Joseph C. Maya, Esq. ct/17742
    Russell J. Sweeting, Esq. ct/24877
    Maya & Associates, P. C.
    266 Post Road East
    Westport, CT 06880
    Telephone: (203) 221-3100
    Fax No:    (203) 221-3199

## CERTIFICATION

     This is to certify that a copy of the foregoing was faxed and mailed this 28th day of April 2005 to:

James T. Baldwin, Esq.
John B. Kaiser, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

                                                                      _____
                                                                      Russell J. Sweeting

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc. | : : : : : : | CASE NO. 303CV1011(AWT) |
| PLAINTIFFS, | : : | |
| VS. | : : | |
| FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY | : : : : : | |
| DEFENDANTS. | : | APRIL 26, 2005 |

_____

## **AFFIDAVIT**

Russell J. Sweeting, Esquire, being duly sworn does hereby depose and say:

1. This affidavit is made of my own personal knowledge.

2. I am over the age of 18 years and am competent to testify as to the matters stated herein.

3. I am the attorney representing the Defendants in the above captioned case.

4. On March 21, 2005, I sent a letter to the Plaintiffs' attorneys proposing that PrivatAir provide trip sheet documents for a limited number of flights during the July 1, 2000 – July 1, 2003 period. *See* exhibit A.

5. On March 21, 2005, PrivatAir served supplemental responses to Plaintiffs' discovery requests dated January 23, 2004.

4

6. Pursuant to a letter dated March 24, 2005, Attorney Kaiser rejected my proposal that PrivatAir produce trip sheet documents for a limited number of flights. *See* Exhibit B.

7. On April 14, 2005, I sent a letter to the Plaintiffs' counsel pointing out that the Plaintiffs had withdrawn their discovery request for the trip sheet documents for each flight during oral argument before Judge Martinez on June 18, 2004. *See* Exhibit C.

8. On April 20, 2005, I received a letter from Attorney Kaiser denying that the Plaintiffs had withdrawn their discovery request for the trip sheet documents for each flight. *See* Exhibit D.

_____
Russell J. Sweeting

Subscribed and sworn to before me this ___day of April, 2005.

_____
Commissioner of Superior Court