**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
CAGGIANIELLO, et al.,          :
                               :
     Plaintiffs,               :
                               :
v.                             :      Civil No. 3:03CV01011(AWT)
                               :
FSG PRIVATAIR, INC., et al.,   :
                               :
     Defendants.               :
                               :
-------------------------------x
```

### REFERRAL TO MAGISTRATE JUDGE

     This case is referred to Magistrate Judge __Donna F. Martinez__ for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

__X__ A ruling on the following motion, which is currently pending: __Defendant FSG Privatair, Inc.'s Motion for Protective Order and Sanctions (Doc. No. 61)__ (orefm.)

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other:_____ (orefmisc./misc)

     It is so ordered.

     Dated this 2nd day of May, 2005, at Hartford, Connecticut.

                                                         /s/AWT

                                          Alvin W. Thompson
                                    United States District Judge