UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG Privatair, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br><br><br>May 20, 2005 |

## OBJECTION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER AND SANCTIONS

The plaintiffs hereby object to the defendant's motion for protective order and sanctions on the basis that Plaintiffs and their counsel have not sought a motion to compel defendants to produce the individual flight trip sheets or taken any other affirmative action with the court to produce them and, furthermore, agree that defendants are not required to produce them. The motion is therefore premature and moot. A memorandum of law in support of this objection is attached hereto.

Respectfully submitted,

THE PLAINTIFFS

BY: _____
James T. Baldwin, Esq. (ct08535)
COLES, BALDWIN & CRAFT, LLC.
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
Tel. (203) 319-0800
Fax (203) 319-1210

## **CERTIFICATION**

  This is to certify that a copy of this Objection to Defendants' Motion to Exempt from Answering Complaint was sent by first class mail on February 27, 2004 to the following counsel of record:

Joseph C. Maya, Esq.  
Maya & Associates, P.C  
183 Sherman Street  
Fairfield, CT 06824

Richard J. Diviney, Esq.  
65 Jesup Road  
PO Box 390  
Westport, CT 06881-0390

Russell J. Sweeting, Esq.  
Maya & Associates, P.C.  
183 Sherman Street

                _____  
                James T. Baldwin, Esq.  
                Fairfield, CT 06824