UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS CAGGIANELLO, et al., :
:
    Plaintiffs, :
:
v. : CASE NO. 3:03CV1011 (AWT)
:
FSG PRIVATAIR, INC., et al., :
:
    Defendants. :

ENDORSEMENT RULING

Pending before the court is defendant FSG Privatair, Inc.'s ("PrivatAir") Motion for Protective Order and Sanctions (doc. #61). PrivatAir's Motion for Protective Order (doc. #61) is withdrawn at the request of the moving party. PrivatAir's Motion for Sanctions (doc. #61) is denied without prejudice. At the conclusion of the case, upon application, the court will consider the amount of attorney's fees, if any, that should be awarded in connection with this motion. Oral argument previously scheduled for June 14, 2005 is cancelled.

SO ORDERED at Hartford, Connecticut this 24th day of May, 2005.

                                          Donna F. Martinez
                                          United States Magistrate Judge