**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------x
                              :
CAGGIANIELLO, et al.,         :
                              :
    Plaintiff,                :
                              :
v.                            :    Civil No. 3:03CV01011(AWT)
                              :
FSG PRIVATAIR, INC., et al.,  :
                              :
    Defendants.               :
                              :
------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

\_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

\_\_X\_\_ A ruling on the following motions, which are currently pending: <u>Defendants' Motion for Protective Order and Briefing Schedule (Doc. No. 68)</u>    (orefm.)

\_\_\_\_\_ A settlement conference (orefmisc./cnf)

\_\_\_\_\_ Other:_____ (orefmisc./misc)

It is so ordered.

Dated this 13th day of July, 2005, at Hartford, Connecticut.

/s/AWT

Alvin W. Thompson
United States District Judge