**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
NICHOLAS CAGGIANIELLO, et al.  :
                               :
     Plaintiffs,               :
                               :
v.                             :        Civil No. 3:03CV1011(AWT)
                               :
FSG PRIVATAIR, INC., et al.    :
                               :
     Defendants.               :
                               :
-------------------------------x
```

**REFERRAL TO MAGISTRATE JUDGE**

  This case is referred to Magistrate Judge <u>Donna F. Martinez</u> for the following purposes:

_____ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____ A ruling on all pretrial motions, except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

__X__ A ruling on the following motion(s), which is/are currently pending:(orefm.)
- Doc.# <u>72 Motion for Sanctions</u>

_____ A settlement conference (orefmisc./cnf)

_____ A conference to discuss the following: (orefmisc./cnf) _____

_____ Other: (orefmisc./misc) _____

  SO ORDERED this 10th day of August 2005, at Hartford, Connecticut.

                /s/
              Alvin W. Thompson
            United States District Judge