UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br><br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | : CASE NO. 303CV1011(AWT)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: AUGUST 15, 2005 |

**DEFENDANTS' REPLY MEMORANDUM OF LAW IN SUPPORT OF
MOTION FOR PROTECTIVE ORDER AND BRIEFING SCHEDULE**

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Defendants respectfully submit this reply memorandum of law in further support of their Motion for Protective Order and Briefing Schedule.

The Defendants have the right to move for a protective order pursuant to Rule 26(c) of the Federal Rules of Civil Procedure. As referenced in Plaintiffs' Objection, Judge Thompson confirmed on February 12, 2004 that scheduled deposition noticed by the Plaintiffs could take place in March, 2004. However, the depositions were cancelled by the Plaintiffs and were not rescheduled before April 26, 2004, the court ordered deadline for subject matter jurisdiction discovery to be completed as confirmed in Judge Thompson's Order dated December 24, 2003. The Plaintiffs are barred from taking depositions in this case pursuant to court order.

As outlined in Defendants' Motion for Protective Order and Briefing Schedule and accompanying Memorandum, the undersigned contacted Plaintiffs' counsel in an effort to resolve this discovery dispute regarding depositions before contacting the Court by way of motion in accordance with Rule 26(c). Plaintiffs' argument that the Defendants have not complied with a ruling by Judge Thompson is without merit.

Finally, if the Court considers allowing depositions, the Plaintiffs' Notice of Deposition of Defendant Hugh Regan is defective on its face. The Notice does not limit the scope of the deposition to subject matter jurisdiction and the issue of whether FSG PrivatAir, Inc. ("PrivatAir") is a common air carrier.

For all of the foregoing reasons, the Defendants respectfully request that a Protective Order be granted to prevent depositions and that a briefing schedule be approved for the filing of Renewed Motions to Dismiss and for Sanctions.

Respectfully Submitted
THE DEFENDANTS.

By: /s/ Joseph C. Maya

Joseph C. Maya, Esq. ct/17742
Russell J. Sweeting, Esq. ct/24877
Maya & Associates, P. C.
266 Post Road East
Westport, CT 06880
Telephone: (203) 221-3100
Fax No:    (203) 221-3199

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 15th day of August 2005 to:

James T. Baldwin, Esq.
John B. Kaiser, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

*/s/ Russell J. Sweeting*
Russell J. Sweeting