```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

NICHOLAS CAGGIANIELLO, et al.,  :
                                :
     Plaintiff,                 :
                                :
     v.                         :       CASE NO. 3:03CV1011 (AWT)
                                :
FSG PRIVATAIR, INC., et al.,    :
                                :
     Defendants.                :
```

### AMENDED RULING ON PENDING MOTIONS

Pending before the court are the defendants' Motion for Protective Order and Briefing Schedule (doc. #68) and plaintiffs' Motion for Sanctions (doc. #72). After hearing oral argument on August 18, 2005, the court issues the following rulings:

1. Defendants' Motion for Protective Order (doc. #68) is DENIED.

2. Defendants' Motion for Briefing Schedule (doc. #68) is GRANTED. Discovery on subject matter jurisdiction shall be concluded by no later than September 29, 2005. All other discovery shall be stayed pending the outcome of the defendants' Renewed Motion to Dismiss, which shall be filed by no later than October 31, 2005. Future motions for extension of these deadlines will be viewed with disfavor. If this case remains pending after a ruling on the defendants' Motion to Dismiss the parties shall meet and confer within ten (10) days of the date of this court's ruling regarding a proposed scheduling order for the remainder of the case. Within twenty (20) days after the court's ruling on the

defendants' Motion to Dismiss, the parties shall jointly submit to the court a proposed scheduling order.

    3.   Plaintiffs' Motion for Sanctions (doc. #72) is DENIED.

    SO ORDERED at Hartford, Connecticut this 18th day of August, 2005.

                                 _____/s/_____
                                 Donna F. Martinez
                                 United States Magistrate Judge