UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>         Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>         Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br><br>September 8, 2005 |

**MOTION FOR EXTENSION OF TIME**

The Plaintiffs hereby move for a two week extension, to October 13, 2005, with which to conclude discovery on subject matter jurisdiction. The extension is necessary to accommodate depositions originally scheduled for September 9, 2005 and now rescheduled to take place the week of September 19, 2005.

Counsel for the defendants consents to this request.

Respectfully submitted,
THE PLAINTIFFS

BY:_____
James T. Baldwin, Esq. (ct08535)
COLES, BALDWIN & CRAFT, LLC.
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
Tel. (203) 319-0800
Fax (203) 319-1210

## CERTIFICATION

  This is to certify that a copy of Motion for Extension of Time was sent by first class mail on September 8, 2005 to the following counsel of record:

Joseph C. Maya, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

Russell J. Sweeting, Esq.
Maya & Associates, P.C.
266 Post Road East
Westport, CT 06880

Richard J. Diviney, Esq.
65 Jesup Road
PO Box 390
Westport, CT 06881-0390

               _____
               James T. Baldwin, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>         Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>         Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br><br><br>September 8, 2005 |

## **ORDER**

UPON CONSIDERATION of the foregoing Motion for Extension of Time, it is hereby,

this _____ day of September, 2005,

  ORDERED, that the Motion of Extension of Time be, and the same hereby is

GRANTED.

               _____
               UNITED STATES DISTRICT JUDGE

3