

**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

FILED
2005 SEP 12  A 11: 02
DISTRICT COURT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br>September 8, 2005 |

### MOTION FOR EXTENSION OF TIME

The Plaintiffs hereby move for a two week extension, to October 13, 2005, with which to conclude discovery on subject matter jurisdiction. The extension is necessary to accommodate depositions originally scheduled for September 9, 2005 and now rescheduled to take place the week of September 19, 2005.

Counsel for the defendants consents to this request.

FILED 2005 SEP 21 P 4: DISTRICT COURT HARTFORD CT.

Respectfully submitted,
THE PLAINTIFFS

BY:_____
James T. Baldwin, Esq. (ct08535)
COLES, BALDWIN & CRAFT, LLC.
1261 Post Road, P.O. Box 577
Fairfield, CT 06824
Tel. (203) 319-0800
Fax (203) 319-1210

Extension GRANTED, absent objection, to and including October 13, 2005. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  9/21/05