UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 27, 2005 |

## **DEFENDANTS' SECOND RENEWED MOTION FOR SANCTIONS**

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H. Miller and Thomas L. Connelly, by their attorney, move the court pursuant to F.R.C.P. 11 (c) for an order imposing sanctions on the Plaintiffs' attorney for violations of F.R.C.P. 11(b)(2) and (3). The Court denied Defendants' original Motion for Sanctions at oral argument on October 9, 2004 and Renewed Motion for Sanctions by Order dated March 16, 2005 without prejudice. The Court ordered the parties to conduct discovery on subject matter jurisdiction. Based on discovery, the Defendants submit that Platiniffs' attorney had no reasonable basis to assert claims under the Fair Labor Standards Act ("FLSA") and therefore, renew their Motion for Sanctions.

**ORAL ARGUMENT REQUESTED**

In requesting sanctions, the Defendants rely on their Second Renewed Motion to Dismiss filed simultaneously with the Court.

Plaintiffs' attorney should be sanctioned for filing a lawsuit with no reasonable basis in law or fact that has no chance of success under existing law or extension thereof. Plaintiffs' attorney failed to make a reasonable inquiry into the law and facts by asserting boilerplate allegations with no factual support. Therefore, Plaintiffs' attorney should be sanctioned under F.R.C.P. 11.

Defendants submit the attached memorandum of law in support of their Second Renewed Motion for Sanctions.

Respectfully Submitted,<br>
THE DEFENDANTS<br>
<br>
By: _____<br>
Joseph C. Maya, Esq. ct/17742<br>
Russell J. Sweeting, Esq. ct/24877<br>
Maya & Associates, P. C.<br>
266 Post Road East<br>
Westport, CT 06880<br>
Telephone: (203) 221-3100<br>
Fax No:    (203) 221-3199

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 27th day of October 2005 to:

James T. Baldwin, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

_____
Russell J. Sweeting