UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br><br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 27, 2005 |

## DEFENDANTS' SECOND RENEWED MOTION TO DISMISS

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H. Miller and Thomas L. Connelly, by their attorney, submit their Second Renewed Motion to Dismiss the above-entitled action pursuant to Federal Rule of Civil Procedure ("F.R.C.P.") 12 (b)(1) on the ground that the court does not have subject matter jurisdiction over the Fair Labor Standards Act ("FLSA") claims asserted by the Plaintiffs. The Court denied Defendants' original Motion to Dismiss at oral argument on October 9, 2004 and its Renewed Motion to Dismiss without prejudice pursuant to an Order dated March 16, 2005. The Court ordered the parties to conduct discovery on subject matter jurisdiction in contemplation of the filing of this Second Renewed Motion to Dismiss.

**ORAL ARGUMENT REQUESTED**

1

Defendants submit the attached memorandum of law in support of their Second Renewed Motion to Dismiss.

                                        Respectfully Submitted,

                                        THE DEFENDANTS

By: _____
Joseph C. Maya, Esq. ct/17742
Russell J. Sweeting, Esq. ct/24877
Maya & Associates, P. C.
266 Post Road East
Westport, CT 06880
Telephone: (203) 221-3100
Fax No:    (203) 221-3199

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 27th day of October 2005 to:

James T. Baldwin, Esq.
John Kaiser, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

Russell J. Sweeting