UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG Privatair, Inc.<br><br>Plaintiffs,<br><br>vs.<br><br>FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>Defendants. | CIVIL ACTION NO. 3:03CV1011(AWT)<br><br>November 18, 2005 |

**PLAINTIFFS' OBJECTION TO DEFENDANTS'
SECOND RENEWED MOTION TO DISMISS**

The plaintiffs in the above-entitled action respectfully object to the defendants'

Motion to Dismiss, dated October 27, 2005, for the reasons set forth in the Memorandum

of Law in Opposition to Defendants' Second Renewed Motion to Dismiss, filed

herewith.

                                                      Respectfully submitted,

                                                      THE PLAINTIFFS

BY: _____
                                                      James T. Baldwin, Esq. (ct08535)
                                                      COLES, BALDWIN & CRAFT, LLC.
                                                      1261 Post Road, P.O. Box 577
                                                      Fairfield, CT 06824
                                                      Tel. (203) 319-0800
                                                      Fax (203) 319-1210

**ORAL ARGUMENT REQUESTED**

## CERTIFICATION

This is to certify that a copy of this Objection to Defendants' Motion to Dismiss was sent by first class mail on November 18, 2005 to the following counsel of record:

Joseph C. Maya, Esq.
Russell J. Sweeting, Esq.
Maya & Associates, P.C.
183 Sherman Street
Fairfield, CT 06824

Richard J. Diviney, Esq.
65 Jesup Road
PO Box 390
Westport, CT 06881-0390

_____
James T. Baldwin, Esq.