# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br>FILED<br>2005 DEC -5  A 11: 01<br><br>DECEMBER 1, 2005 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME
## TO REPLY TO PLAINTIFF'S OBJECTION

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H. Miller and Thomas L. Connelly, by their attorneys, hereby move this Court for an order granting Defendants an extension of time to respond to Plaintiffs' Objection to Defendants' Second Renewed Motion for Sanctions.

On October 27, 2005, Defendants served and filed with this Court their Second Renewed Motion for Sanctions. On Friday, November 18, 2005, Plaintiffs responded to such motion by way of an Objection, which objection was apparently served, by mail, with delivery to our former office address of 183 Sherman Street, Fairfield, CT 06824 (Exhibit A). Our firm has not been located at such address in nearly a full year – which fact was well known by Plaintiffs' counsel who have both mailed and hand-delivered documents to our new address in Westport on many occasions.

Extension GRANTED, nunc pro tunc, to and including December 20, 2005
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    12/15/05

1