#93

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 DEC 22  A 11: 25

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br>VS.<br><br>FSG PRIVATAIR, INC. and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br><br><br><br><br><br><br><br>DECEMBER 21, 2005 |

### DEFENDANTS' SECOND MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFFS' OBJECTIONS

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H. Miller and Thomas L. Connelly, by their attorneys, hereby move this Court for an order granting Defendants a second extension of time to respond to Plaintiffs' Objections to Defendants' Second Renewed Motions to Dismiss and for Sanctions.

The two attorneys handling the matter on behalf of the Defendants, the undersigned and Joseph C. Maya, have been actively engaged on a jury trial in Los Angeles, California and are currently actively engaged in post trial motion practice in the same matter.

WHEREFORE, it is respectfully requested that the time for which Defendants might serve and file replies to Plaintiffs' Objections be extended and enlarged until after the holidays, through and including January 13, 2005.

Extension GRANTED, nunc pro tunc,
to and including January 13, 2006.
It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/23/05