UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.<br><br>PLAINTIFFS,<br><br>VS.<br><br>FSG PRIVATAIR, INC. and in "their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY<br><br>DEFENDANTS. | CASE NO. 303CV1011(AWT)<br><br><br><br><br><br><br><br><br><br><br><br>JANUARY 13, 2006 |

**SUPPLEMENTAL EXHIBIT A TO REPLY MEMORANDUM OF DEFENDANTS IN SUPPORT OF THEIR SECOND RENEWED MOTION TO DISMISS**

Defendants FSG PrivatAir, Inc. ("PrivatAir"), David C. Hurley, Hugh F. Regan, Thomas H. Miller and Thomas L. Connelly, by their attorney, respectfully submit this supplemental Exhibit A to the Reply Memorandum of Defendants in Support of their Second Renewed Motion to Dismiss already on file with the Court. *See* Exhibit A, computer diskette in pdf file format attached herewith and entitled Trip Log and marked confidential in accordance this Court's Order whereby flights operated on PrivatAir S.A. or Ogden owned/leased aircraft are listed under question 8 and flights operated by PrivatAir on aircraft not owned/leased by PrivatAir S.A. or Ogden are listed under question 9. The document clearly evidences the thousands of charter flights operated by PrivatAir during the 2000-2003 period when the plaintiffs were employed with PrivatAir.

Respectfully Submitted,
THE DEFENDANTS

By: _____
Joseph C. Maya, Esq. ct/17742
Russell J. Sweeting, Esq. ct/24877
Maya & Associates, P. C.
266 Post Road East
Westport, CT 06880
Telephone: (203) 221-3100
Fax No:    (203) 221-3199

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 13th day of January 2006 to:

James T. Baldwin, Esq.
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

_____
Russell J. Sweeting