**FSG PrivatAir Inc.**
**Trip Log   (CONFIDENTIAL)**
**July 1, 2000 to July 1, 2003**

| Tail No. | Trip End | Trip Date(s) | Trip Days | Legs |
|---|---|---|---|---|

**Charter**

| Tail No. | Trip End | Trip Date(s) | Trip Days | Legs |
|---|---|---|---|---|
| N823NA | 07/10/00 | 07/10/00 | 1 | 3 |
| N823NA | 07/14/00 | 07/14/00 | 1 | 5 |
| N823NA | 07/16/00 | 07/16/00 | 1 | 6 |
| N823NA | 07/21/00 | 07/21/00 | 1 | 3 |
| N823NA | 08/11/00 | 08/11/00 | 1 | 3 |
| N823NA | 10/21/00 | 10/21/00 | 1 | 4 |
| N823NA | 11/09/00 | 11/09/00 | 1 | 3 |
| N823NA | 11/10/00 | 11/10/00 | 1 | 4 |
| N823NA | 12/10/00 | 12/08-10/00 | 3 | 5 |
| N399PA | 01/02/01 | 01/01-02/01 | 2 | 7 |
| N399PA | 01/03/01 | 01/03/01 | 1 | 5 |
| N399PA | 01/15/01 | 01/12-15/01 | 4 | 4 |
| N399PA | 01/19/01 | 01/17-19/01 | 3 | 4 |
| N399PA | 01/22/01 | 01/20-22/01 | 3 | 2 |
| N399PA | 02/02/01 | 02/02/01 | 1 | 3 |
| N823NA | 02/08/01 | 02/08/01 | 1 | 4 |
| N823NA | 02/09/01 | 02/09/01 | 1 | 4 |
| N823NA | 02/11/01 | 02/11/01 | 1 | 4 |
| N399PA | 02/13/01 | 02/13/01 | 1 | 2 |
| N823NA | 02/16/01 | 02/16/01 | 1 | 4 |
| N823NA | 02/19/01 | 02/19/01 | 1 | 4 |
| N399PA | 02/19/01 | 02/16-19/01 | -- | -- |
| N399PA | 02/19/01 | 02/16-19/01 | 4 | 5 |
| N399PA | 03/02/01 | 02/25-03/02/01 | 6 | 6 |
| N823NA | 03/02/01 | 03/02/01 | 1 | 4 |
| N823NA | 03/09/01 | 03/09/01 | 1 | 3 |
| N823NA | 03/11/01 | 03/10-11/01 | 2 | 4 |
| N823NA | 03/13/01 | 03/13/01 | 1 | 2 |
| N823NA | 03/18/01 | 03/18/01 | 1 | 4 |
| N823NA | 03/30/01 | 03/30/01 | 1 | 3 |
| N823NA | 04/01/01 | 03/30-04/01/01 | 2 | 5 |
| N823NA | 04/08/01 | 04/06-08/01 | 3 | 4 |
| N399PA | 04/15/01 | 04/12-15/01 | 4 | 4 |
| N399PA | 04/20/01 | 04/17-20/01 | 4 | 9 |
| N823NA | 04/27/01 | 04/27/01 | --- | --- |
| N823NA | 04/27/01 | 04/27/01 | 1 | 2 |
| N823NA | 04/27/01 | 04/27/01 | --- | --- |

| | | | | |
|---|---|---|---|---|
| N823NA | 05/03/01 | 05/03/01 | 1 | 4 |
| N823NA | 05/04/01 | 05/04/01 | 1 | 3 |
| N823NA | 05/05/01 | 05/04-05/01 | 2 | 3 |
| N399PA | 05/09/01 | 04/30-05/09/01 | 10 | 15 |
| N823NA | 05/24/01 | 05/24/01 | 1 | 4 |
| N823NA | 05/25/01 | 05/25/01 | 1 | 4 |
| N399PA | 05/30/01 | 05/25-30/01 | 6 | 5 |
| N399PA | 06/09/01 | 06/08-09/01 | 2 | 2 |
| N823NA | 06/10/01 | 06/10/01 | 1 | 3 |
| N823NA | 06/14/01 | 06/14/01 | 1 | 3 |
| N823NA | 06/24/01 | 06/23-24/01 | 2 | 6 |
| N399PA | 07/01/01 | 06/30-07/01/01 | 2 | 3 |
| N399PA | 07/05/01 | 07/03-05/01 | 3 | 4 |
| N823NA | 07/08/01 | 07/08/01 | 1 | 3 |
| N399PA | 07/08/01 | 07/07-08/01 | 2 | 4 |
| N399PA | 07/17/01 | 07/16-17/01 | 2 | 4 |
| N823NA | 07/29/01 | 07/29/01 | 1 | 3 |
| N823NA | 08/16/01 | 08/16/01 | 1 | 4 |
| N823NA | 08/17/01 | 08/17/01 | 1 | 3 |
| N399PA | 08/20/01 | 08/11-20/01 | 10 | 7 |
| N823NA | 08/24/01 | 08/24/01 | 1 | 4 |
| N399PA | 08/27/01 | 08/25-27/01 | 3 | 5 |
| N823NA | 08/31/01 | 08/31/01 | 1 | 3 |
| N823NA | 09/06/01 | 09/06/01 | 1 | 3 |
| N823NA | 09/09/01 | 09/09/01 | 1 | 2 |
| N823NA | 09/14/01 | 09/14/01 | 1 | 4 |
| N823NA | 09/16/01 | 09/16/01 | 1 | 4 |
| N399PA | 09/16/01 | 09/07-16/01 | 10 | 6 |
| N823NA | 10/05/01 | 10/05/01 | 1 | 3 |
| N399PA | 10/07/01 | 10/01-07/01 | 7 | 6 |
| N823NA | 10/14/01 | 10/12-14/01 | 3 | 6 |
| N399PA | 10/18/01 | 10/18/01 | 1 | 4 |
| N823NA | 10/19/01 | 10/18-19/01 | 2 | 6 |
| N823NA | 10/31/01 | 10/31/01 | 1 | 4 |
| N823NA | 11/01/01 | 11/01/01 | 1 | 4 |
| N399PA | 11/02/01 | 11/01-02/01 | 2 | 2 |
| N823NA | 11/03/01 | 11/03/01 | 1 | 3 |
| N399PA | 11/08/01 | 11/08/01 | 1 | 3 |
| N823NA | 11/15/01 | 11/15/01 | 1 | 4 |
| N823NA | 11/18/01 | 11/18/01 | 1 | 3 |
| N399PA | 11/18/01 | 11/16-18/01 | 3 | 3 |
| N399PA | 11/20/01 | 11/20/01 | 1 | 4 |
| N823NA | 11/21/01 | 11/20-21/01 | 2 | 6 |
| N823NA | 11/25/01 | 11/25/01 | 1 | 3 |
| N399PA | 11/25/01 | 11/25/01 | 1 | 2 |
| N399PA | 11/26/01 | 11/26/01 | 1 | 2 |
| N823NA | 11/27/01 | 11/27/01 | 1 | 4 |
| N823NA | 12/06/01 | 12/06/01 | 1 | 6 |

| | | | | |
|---|---|---|---|---|
| N399PA | 12/06/01 | 12/02-06/01 | 5 | 5 |
| N823NA | 12/21/01 | 12/20-21/01 | 2 | 5 |
| N399PA | 12/23/01 | 12/21-23/01 | 3 | 4 |
| N399PA | 12/30/01 | 12/26-30/01 | 5 | 6 |
| N823NA | 12/30/01 | 12/30/01 | 1 | 4 |
| N399PA | 01/03/02 | 01/02-03/02 | 2 | 3 |
| N823NA | 01/10/02 | 01/10/02 | 1 | 3 |
| N823NA | 01/13/02 | 01/13/02 | 1 | 3 |
| N823NA | 01/17/02 | 01/17/02 | 1 | 3 |
| N399PA | 01/18/02 | 01/17-18/02 | 2 | 2 |
| N823NA | 01/20/02 | 01/18-20/02 | 3 | 4 |
| N823NA | 01/21/02 | 01/21/02 | 1 | 3 |
| N399PA | 01/22/02 | 01/19-22/02 | 4 | 4 |
| N823NA | 01/24/02 | 01/24/02 | -- | 2 |
| N823NA | 01/24/02 | 01/24/02 | 1 | 3 |
| N399PA | 01/28/02 | 01/25-28/02 | 4 | 7 |
| N399PA | 01/30/02 | 01/28-30/02 | 3 | 4 |
| N399PA | 02/04/02 | 02/03-04/02 | 2 | 4 |
| N823NA | 02/04/02 | 01/31-02/04/02 | 5 | 5 |
| N399PA | 02/07/02 | 02/06-07/02 | 2 | 4 |
| N399PA | 02/14/02 | 02/10-14/02 | 5 | 6 |
| N399PA | 02/17/02 | 02/16-17/02 | 2 | 3 |
| N823NA | 03/01/02 | 02/28-03/01/02 | 2 | 4 |
| N399PA | 03/15/02 | 03/06-15/02 | 10 | 11 |
| N823NA | 03/15/02 | 03/15/02 | 1 | 3 |
| N399PA | 03/16/02 | 03/16/02 | 1 | 2 |
| N399PA | 03/19/02 | 03/19/02 | 1 | 2 |
| N399PA | 03/22/02 | 03/22/02 | 1 | 2 |
| N823NA | 03/31/02 | 03/28-31/02 | 4 | 4 |
| N399PA | 04/01/02 | 04/01/02 | 1 | 2 |
| N823NA | 04/11/02 | 04/11/02 | 1 | 4 |
| N823NA | 04/12/02 | 04/12/02 | 1 | 4 |
| N399PA | 04/17/02 | 04/13-17/02 | 5 | 4 |
| N823NA | 04/19/02 | 04/19/02 | 1 | 2 |
| N823NA | 04/25/02 | 04/25/02 | 1 | 4 |
| N823NA | 04/26/02 | 04/26/02 | 1 | 2 |
| N399PA | 04/26/02 | 04/24-26/02 | 3 | 3 |
| N823NA | 04/27/02 | 04/26-27/02 | 1 | 5 |
| N823NA | 05/02/02 | 05/02/02 | 1 | 4 |
| N399PA | 05/04/02 | 04/30-05/04/02 | 5 | 4 |
| N399PA | 05/05/02 | 05/05/02 | 1 | 2 |
| N823NA | 05/08/02 | 05/08/02 | 1 | 3 |
| N823NA | 05/09/02 | 05/09/02 | 1 | 3 |
| N399PA | 05/13/02 | 05/13/02 | 1 | 1 |
| N399PA | 05/17/02 | 05/16-17/02 | 2 | 2 |
| N823NA | 05/21/02 | 05/21/02 | 1 | 4 |
| N823NA | 05/25/02 | 05/25/02 | 1 | 3 |
| N399PA | 05/25/02 | 05/17-25/02 | 9 | 5 |

| | | | | |
|---|---|---|---|---|
| N399PA | 05/31/02 | 05/29-5/31/02 | 3 | 4 |
| N823NA | 05/31/02 | 05/30-31/02 | 2 | 4 |
| N823NA | 06/11/02 | 06/11/02 | 1 | 4 |
| N823NA | 06/13/02 | 06/13/02 | 1 | 3 |
| N823NA | 06/16/02 | 06/16/02 | 1 | 3 |
| N399PA | 06/19/02 | 06/12-19/02 | 8 | 5 |
| N823NA | 06/20/02 | 06/20/02 | 1 | 4 |
| N399PA | 06/22/02 | 06/22/02 | 1 | 1 |
| N823NA | 06/25/02 | 06/25/02 | 1 | 3 |
| N823NA | 06/28/02 | 06/28/02 | 1 | 4 |
| N399PA | 06/28/02 | 06/23-28/02 | 6 | 5 |
| N399PA | 07/03/02 | 07/03/02 | 1 | 1 |
| N399PA | 07/04/02 | 07/03-04/02 | 2 | 3 |
| N399PA | 07/04/02 | 07/04/02 | 1 | 1 |
| N823NA | 07/10/02 | 07/09-10/02 | 2 | 4 |
| N399PA | 07/12/02 | 07/05-12/02 | 8 | 5 |
| N823NA | 07/18/02 | 07/18/02 | 1 | 4 |
| N399PA | 07/22/02 | 07/14-22/02 | 9 | 8 |
| N399PA | 07/23/02 | 07/22-23/02 | 2 | 2 |
| N823NA | 07/27/02 | 07/27/02 | 1 | 7 |
| N399PA | 07/30/02 | 07/24-30/02 | 7 | 4 |
| N823NA | 08/09/02 | 08/07-09/02 | 3 | 6 |
| N399PA | 08/23/02 | 08/18-23/02 | 5 | 6 |
| N399PA | 09/01/02 | 08/30-09/01/02 | 3 | 3 |
| N399PA | 09/09/02 | 09/04-09/02 | 6 | 9 |
| N399PA | 09/13/02 | 09/13/02 | 1 | 2 |
| N823NA | 09/19/02 | 09/19/02 | 1 | 3 |
| N823NA | 09/20/02 | 09/20/02 | 1 | 4 |
| N399PA | 09/22/02 | 09/21-22/02 | 3 | 3 |
| N399PA | 09/23/02 | 09/15-23/02 | 9 | 5 |
| N399PA | 09/24/02 | 09/24/02 | 1 | 2 |
| N823NA | 09/26/02 | 09/26/02 | 1 | 4 |
| N399PA | 09/30/02 | 09/29-30/02 | 2 | 3 |
| N399PA | 10/01/02 | 10/01/02 | 1 | 1 |
| N399PA | 10/06/02 | 10/04-06/02 | 3 | 4 |
| N399PA | 10/11/02 | 10/11/02 | 1 | 1 |
| N399PA | 10/13/02 | 10/13/02 | 1 | 1 |
| N399PA | 10/13/02 | 10/11-13/02 | 3 | 2 |
| N399PA | 10/16/02 | 10/15-16/02 | 2 | 2 |
| N823NA | 10/17/02 | 10/17/02 | 1 | 4 |
| N399PA | 10/19/02 | 10/18-19/02 | 2 | 4 |
| N399PA | 10/20/02 | 10/18-20/02 | 3 | 2 |
| N399PA | 10/29/02 | 10/25-29/02 | 5 | 10 |
| N823NA | 11/08/02 | 11/07-08/02 | 2 | 5 |
| N823NA | 11/29/02 | 11/27-29/02 | --- | --- |
| N823NA | 11/29/02 | 11/27-29/02 | 3 | 4 |
| N823NA | 11/29/02 | 11/27-29/02 | --- | --- |
| N823NA | 12/03/02 | 12/03/02 | 1 | 3 |

| | | | | |
|---|---|---|---|---|
| N823NA | 12/06/02 | 12/05-06/02 | 2 | 4 |
| N823NA | 12/12/02 | 12/12/02 | 1 | 5 |
| N823NA | 12/15/02 | 12/15/02 | 1 | 4 |
| N823NA | 12/17/02 | 12/16-17/02 | 2 | 4 |
| N823NA | 12/18/02 | 12/18/02 | 1 | 3 |
| N823NA | 01/06/03 | 01/06/03 | 1 | 2 |
| N823NA | 01/06/03 | 01/06/03 | 0 | 2 |
| N823NA | 01/07/03 | 01/07/03 | 1 | 2 |
| N823NA | 01/08/03 | 01/08/03 | 1 | 2 |
| N823NA | 01/13/03 | 01/13/03 | 0 | 2 |
| N823NA | 01/13/03 | 01/13/03 | 1 | 2 |
| N823NA | 01/14/03 | 01/14/03 | 1 | 2 |
| N823NA | 01/15/03 | 01/15/03 | 1 | 2 |
| N823NA | 01/17/03 | 01/17/03 | 1 | 3 |
| N399PA | 01/19/03 | 01/19/03 | 1 | 2 |
| N823NA | 01/21/03 | 01/21/03 | 1 | 2 |
| N823NA | 01/22/03 | 01/22/03 | 1 | 2 |
| N823NA | 01/27/03 | 01/27/03 | 1 | 2 |
| N823NA | 01/27/03 | 01/27/03 | 0 | 2 |
| N823NA | 01/28/03 | 01/28/03 | 1 | 2 |
| N823NA | 01/29/03 | 01/29/03 | 1 | 2 |
| N823NA | 01/30/03 | 01/30/03 | 1 | 4 |
| N823NA | 02/03/03 | 02/03/03 | 0 | 2 |
| N823NA | 02/03/03 | 02/03/03 | 1 | 2 |
| N823NA | 02/04/03 | 02/04/03 | 1 | 2 |
| N823NA | 02/05/03 | 02/05/03 | 1 | 2 |
| N823NA | 02/06/03 | 02/06/03 | 1 | 3 |
| N823NA | 02/10/03 | 02/10/03 | 0 | 2 |
| N823NA | 02/10/03 | 02/10/03 | 1 | 2 |
| N823NA | 02/11/03 | 02/11/03 | 1 | 2 |
| N823NA | 02/12/03 | 02/12/03 | 1 | 2 |
| N399PA | 02/12/03 | 02/11-12/03 | 2 | 4 |
| N823NA | 02/18/03 | 02/18/03 | 1 | 2 |
| N823NA | 02/19/03 | 02/19/03 | 1 | 2 |
| N823NA | 02/24/03 | 02/24/03 | 1 | 2 |
| N823NA | 02/24/03 | 02/24/03 | 0 | 2 |
| N823NA | 02/25/03 | 02/25/03 | 1 | 2 |
| N823NA | 02/26/03 | 02/26/03 | 1 | 2 |
| N823NA | 02/27/03 | 02/27/03 | 1 | 4 |
| N823NA | 03/03/03 | 03/03/03 | 1 | 2 |
| N823NA | 03/03/03 | 03/03/03 | 0 | 2 |
| N823NA | 03/04/03 | 03/04/03 | 1 | 2 |
| N823NA | 03/05/03 | 03/05/03 | 1 | 2 |
| N823NA | 03/06/03 | 03/06/03 | 1 | 4 |
| N399PA | 03/10/03 | 02/27-03/10/03 | 12 | 4 |
| N823NA | 03/10/03 | 03/10/03 | 0 | 2 |
| N823NA | 03/10/03 | 03/10/03 | 1 | 2 |
| N823NA | 03/11/03 | 03/11/03 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 03/12/03 | 03/12/03 | 1 | 2 |
| N823NA | 03/13/03 | 03/13/03 | 1 | 4 |
| N823NA | 03/14/03 | 03/14/03 | 1 | 4 |
| N823NA | 03/17/03 | 03/17/03 | 1 | 2 |
| N823NA | 03/18/03 | 03/18/03 | 1 | 2 |
| N823NA | 03/19/03 | 03/19/03 | 1 | 2 |
| N823NA | 03/21/03 | 03/21/03 | 1 | 4 |
| N823NA | 03/24/03 | 03/24/03 | 1 | 2 |
| N823NA | 03/25/03 | 03/25/03 | 1 | 2 |
| N823NA | 03/26/03 | 03/26/03 | 1 | 2 |
| N823NA | 03/27/03 | 03/27/03 | 1 | 4 |
| N823NA | 03/31/03 | 03/31/03 | 1 | 2 |
| N823NA | 03/31/03 | 03/31/03 | 0 | 2 |
| N823NA | 04/01/03 | 04/01/03 | 1 | 2 |
| N823NA | 04/02/03 | 04/02/03 | 1 | 2 |
| N823NA | 04/07/03 | 04/07/03 | 1 | 2 |
| N823NA | 04/08/03 | 04/08/03 | 1 | 2 |
| N823NA | 04/08/03 | 04/07/03 | 2 | 2 |
| N823NA | 04/09/03 | 04/09/03 | 1 | 2 |
| N823NA | 04/10/03 | 04/10/03 | 1 | 4 |
| N823NA | 04/12/03 | 04/11-12/03 | 2 | 8 |
| N823NA | 04/14/03 | 04/14/03 | 1 | 2 |
| N823NA | 04/14/03 | 04/14/03 | 1 | 2 |
| N823NA | 04/15/03 | 04/15/03 | 1 | 2 |
| N823NA | 04/16/03 | 04/16/03 | 1 | 3 |
| N823NA | 04/21/03 | 04/21/03 | 1 | 2 |
| N823NA | 04/21/03 | 04/21/03 | 1 | 2 |
| N823NA | 04/23/03 | 04/23/03 | 1 | 2 |
| N823NA | 04/27/03 | 04/27/03 | 1 | 3 |
| N823NA | 04/28/03 | 04/28/03 | 0 | 2 |
| N823NA | 04/28/03 | 04/28/03 | 1 | 2 |
| N823NA | 04/29/03 | 04/29/03 | 1 | 2 |
| N823NA | 04/30/03 | 04/30/03 | 1 | 4 |
| N823NA | 05/02/03 | 05/01-02/03 | 2 | 4 |
| N823NA | 05/12/03 | 05/12/03 | 0 | 2 |
| N823NA | 05/12/03 | 05/12/03 | 1 | 2 |
| N823NA | 05/13/03 | 05/13/03 | 1 | 2 |
| N823NA | 05/14/03 | 05/14/03 | 1 | 2 |
| N823NA | 05/19/03 | 05/19/03 | 1 | 2 |
| N823NA | 05/19/03 | 05/19/03 | 1 | 2 |
| N823NA | 05/21/03 | 05/20/03 | 2 | 2 |
| N823NA | 05/22/03 | 05/22/03 | 1 | 4 |
| N823NA | 05/30/03 | 05/27-30/03 | 4 | 6 |
| N823NA | 06/02/03 | 06/02/03 | 1 | 2 |
| N823NA | 06/02/03 | 06/02/03 | 1 | 2 |
| N823NA | 06/03/03 | 06/03/03 | 1 | 4 |
| N823NA | 06/04/03 | 06/04/03 | 1 | 2 |
| N823NA | 06/09/03 | 06/09/03 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 06/09/03 | 06/09/03 | 1 | 2 |
| N823NA | 06/12/03 | 06/10-12/03 | 3 | 8 |
| N823NA | 06/15/03 | 06/15/03 | 1 | 3 |
| N823NA | 06/16/03 | 06/16/03 | 1 | 2 |
| N823NA | 06/16/03 | 06/16/03 | 1 | 2 |
| N823NA | 06/17/03 | 06/17/03 | 1 | 2 |
| N823NA | 06/18/03 | 06/18/03 | 1 | 2 |
| N823NA | 06/19/03 | 06/19/03 | 1 | 4 |
| N823NA | 06/20/03 | 06/20/03 | 1 | 4 |
| N823NA | 06/23/03 | 06/23/03 | 1 | 2 |
| N823NA | 06/23/03 | 06/23/03 | 1 | 2 |
| N823NA | 06/24/03 | 06/24/03 | 1 | 2 |
| N823NA | 06/25/03 | 06/25/03 | 1 | 2 |
| N823NA | 06/29/03 | 06/29/03 | 1 | 4 |
| N823NA | 06/30/03 | 06/30/03 | 1 | 2 |
| N823NA | 06/30/03 | 06/30/03 | 1 | 2 |
| N823NA | 07/01/03 | 07/01/03 | 1 | 4 |
| N823NA | 07/05/00 | 07/05/00 | 1 | 2 |
| N823NA | 07/06/00 | 07/06/00 | 1 | 2 |
| N823NA | 07/10/00 | 07/10/00 | 1 | 2 |
| N823NA | 07/10/00 | 07/10/00 | 1 | 2 |
| N823NA | 07/11/00 | 07/11/00 | 1 | 2 |
| N823NA | 07/12/00 | 07/12/00 | 1 | 2 |
| N823NA | 07/13/00 | 07/13/00 | 1 | 2 |
| N823NA | 07/17/00 | 07/17/00 | 1 | 2 |
| N823NA | 07/17/00 | 07/17/00 | 1 | 2 |
| N823NA | 07/18/00 | 07/18/00 | 1 | 2 |
| N823NA | 07/19/00 | 07/19/00 | 1 | 2 |
| N823NA | 07/20/00 | 07/20/00 | 1 | 2 |
| N823NA | 07/24/00 | 07/24/00 | 1 | 2 |
| N823NA | 07/24/00 | 07/24/00 | 1 | 2 |
| N823NA | 07/25/00 | 07/25/00 | 1 | 2 |
| N823NA | 07/26/00 | 07/26/00 | 1 | 2 |
| N823NA | 07/27/00 | 07/27/00 | 1 | 2 |
| N823NA | 07/28/00 | 07/28/00 | 1 | 2 |
| N823NA | 08/01/00 | 08/01/00 | 1 | 2 |
| N823NA | 08/02/00 | 08/02/00 | 1 | 2 |
| N823NA | 08/03/00 | 08/03/00 | 1 | 2 |
| N823NA | 08/07/00 | 08/07/00 | 1 | 2 |
| N823NA | 08/07/00 | 08/07/00 | 1 | 2 |
| N823NA | 08/08/00 | 08/08/00 | 1 | 2 |
| N823NA | 08/09/00 | 08/09/00 | 1 | 2 |
| N823NA | 08/10/00 | 08/10/00 | 1 | 2 |
| N823NA | 08/14/00 | 08/14/00 | 1 | 2 |
| N823NA | 08/14/00 | 08/14/00 | 1 | 2 |
| N823NA | 08/15/00 | 08/15/00 | 1 | 2 |
| N823NA | 08/16/00 | 08/16/00 | 1 | 2 |
| N823NA | 08/17/00 | 08/17/00 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 08/21/00 | 08/21/00 | 1 | 2 |
| N823NA | 08/21/00 | 08/21/00 | 1 | 2 |
| N823NA | 08/22/00 | 08/22/00 | 1 | 2 |
| N823NA | 08/23/00 | 08/23/00 | 1 | 2 |
| N823NA | 09/18/00 | 09/18/00 | 1 | 2 |
| N823NA | 09/18/00 | 09/18/00 | 1 | 2 |
| N823NA | 09/19/00 | 09/19/00 | 1 | 2 |
| N823NA | 09/20/00 | 09/20/00 | 1 | 2 |
| N823NA | 09/25/00 | 09/25/00 | 1 | 4 |
| N823NA | 09/25/00 | 09/25/00 | 1 | 2 |
| N823NA | 09/26/00 | 09/26/00 | 1 | 2 |
| N823NA | 09/26/00 | 09/26/00 | 1 | 2 |
| N823NA | 09/27/00 | 09/27/00 | 1 | 2 |
| N823NA | 09/28/00 | 09/28/00 | 1 | 2 |
| N823NA | 09/28/00 | 09/28/00 | 1 | 4 |
| N823NA | 09/29/00 | 09/29/00 | 1 | 2 |
| N823NA | 10/02/00 | 10/02/00 | 1 | 3 |
| N823NA | 10/02/00 | 10/02/00 | 1 | 2 |
| N823NA | 10/03/00 | 10/03/00 | 1 | 2 |
| N823NA | 10/04/00 | 10/04/00 | 1 | 2 |
| N823NA | 10/05/00 | 10/05/00 | 1 | 2 |
| N823NA | 10/09/00 | 10/09/00 | 1 | 2 |
| N823NA | 10/09/00 | 10/09/00 | 1 | 2 |
| N823NA | 10/10/00 | 10/10/00 | 1 | 2 |
| N823NA | 10/11/00 | 10/11/00 | 1 | 2 |
| N823NA | 10/12/00 | 10/12/00 | 1 | 3 |
| N823NA | 10/16/00 | 10/16/00 | 1 | 2 |
| N823NA | 10/16/00 | 10/16/00 | 1 | 3 |
| N823NA | 10/16/00 | 10/16/00 | 1 | 2 |
| N823NA | 10/17/00 | 10/17/00 | 1 | 2 |
| N823NA | 10/17/00 | 10/17/00 | 1 | 3 |
| N823NA | 10/18/00 | 10/18/00 | 1 | 2 |
| N823NA | 10/19/00 | 10/19/00 | 1 | 3 |
| N823NA | 10/23/00 | 10/23/00 | 1 | 2 |
| N823NA | 10/23/00 | 10/23/00 | 1 | 2 |
| N823NA | 10/24/00 | 10/24/00 | 1 | 2 |
| N823NA | 10/25/00 | 10/25/00 | 1 | 3 |
| N823NA | 10/26/00 | 10/26/00 | 1 | 3 |
| N823NA | 10/30/00 | 10/30/00 | 1 | 2 |
| N823NA | 10/31/00 | 10/31/00 | 1 | 2 |
| N823NA | 11/01/00 | 11/01/00 | 1 | 2 |
| N823NA | 11/02/00 | 11/02/00 | 1 | 2 |
| N823NA | 11/06/00 | 11/06/00 | 1 | 2 |
| N823NA | 11/06/00 | 11/06/00 | 1 | 2 |
| N823NA | 11/07/00 | 11/07/00 | 1 | 2 |
| N823NA | 11/08/00 | 11/08/00 | 1 | 2 |
| N823NA | 11/13/00 | 11/13/00 | 1 | 2 |
| N823NA | 11/13/00 | 11/13/00 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 11/14/00 | 11/14/00 | 1 | 2 |
| N823NA | 11/15/00 | 11/15/00 | 1 | 2 |
| N823NA | 11/16/00 | 11/16/00 | 1 | 2 |
| N823NA | 11/27/00 | 11/27/00 | 1 | 2 |
| N823NA | 11/27/00 | 11/27/00 | 1 | 2 |
| N823NA | 11/28/00 | 11/28/00 | 1 | 2 |
| N823NA | 11/29/00 | 11/29/00 | 1 | 2 |
| N823NA | 11/30/00 | 11/30/00 | 1 | 2 |
| N823NA | 12/04/00 | 12/04/00 | 1 | 2 |
| N823NA | 12/04/00 | 12/04/00 | 1 | 2 |
| N823NA | 12/04/00 | 12/04/00 | 1 | 2 |
| N823NA | 12/05/00 | 12/05/00 | 1 | 2 |
| N823NA | 12/06/00 | 12/06/00 | 1 | 2 |
| N823NA | 12/07/00 | 12/07/00 | 1 | 2 |
| N823NA | 12/11/00 | 12/11/00 | 1 | 2 |
| N823NA | 12/11/00 | 12/11/00 | 1 | 2 |
| N823NA | 12/12/00 | 12/12/00 | 1 | 2 |
| N823NA | 12/13/00 | 12/13/00 | 1 | 2 |
| N823NA | 12/14/00 | 12/14/00 | 1 | 2 |
| N823NA | 12/18/00 | 12/18/00 | 1 | 2 |
| N823NA | 12/18/00 | 12/18/00 | 1 | 2 |
| N823NA | 01/05/01 | 01/05/01 | 1 | 1 |
| N823NA | 01/07/01 | 01/07/01 | 1 | 1 |
| N823NA | 01/07/01 | 01/07/01 | 1 | 2 |
| N823NA | 01/08/01 | 01/08/01 | 1 | 2 |
| N823NA | 01/08/01 | 01/08/01 | 1 | 2 |
| N823NA | 01/09/01 | 01/09/01 | 1 | 2 |
| N823NA | 01/10/01 | 01/10/01 | 1 | 2 |
| N823NA | 01/11/01 | 01/11/01 | 1 | 2 |
| N823NA | 01/12/01 | 01/12/01 | 1 | 2 |
| N823NA | 01/16/01 | 01/16/01 | 1 | 2 |
| N823NA | 01/17/01 | 01/17/01 | 1 | 2 |
| N823NA | 01/18/01 | 01/18/01 | 1 | 2 |
| N823NA | 01/22/01 | 01/22/01 | 1 | 2 |
| N823NA | 01/22/01 | 01/22/01 | 1 | 2 |
| N823NA | 01/23/01 | 01/23/01 | 1 | 2 |
| N823NA | 01/24/01 | 01/24/01 | 1 | 2 |
| N823NA | 01/26/01 | 01/26/01 | 1 | 2 |
| N823NA | 01/29/01 | 01/29/01 | 1 | 2 |
| N823NA | 01/29/01 | 01/29/01 | 1 | 2 |
| N823NA | 01/30/01 | 01/30/01 | 1 | 2 |
| N823NA | 01/31/01 | 01/31/01 | 1 | 2 |
| N823NA | 02/01/01 | 02/01/01 | 1 | 2 |
| N823NA | 02/05/01 | 02/05/01 | 1 | 2 |
| N823NA | 02/05/01 | 02/05/01 | 1 | 2 |
| N823NA | 02/06/01 | 02/06/01 | 1 | 2 |
| N823NA | 02/07/01 | 02/07/01 | 1 | 2 |
| N823NA | 02/12/01 | 02/12/01 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 02/12/01 | 02/12/01 | 1 | 2 |
| N823NA | 02/13/01 | 02/13/01 | 1 | 2 |
| N823NA | 02/14/01 | 02/14/01 | 1 | 2 |
| N823NA | 02/15/01 | 02/15/01 | 1 | 2 |
| N823NA | 02/20/01 | 02/20/01 | 1 | 2 |
| N823NA | 02/20/01 | 02/20/01 | 1 | 2 |
| N823NA | 02/21/01 | 02/21/01 | 1 | 2 |
| N823NA | 02/22/01 | 02/22/01 | 1 | 2 |
| N823NA | 02/26/01 | 02/26/01 | 1 | 2 |
| N823NA | 02/26/01 | 02/26/01 | 1 | 2 |
| N823NA | 02/27/01 | 02/27/01 | 1 | 2 |
| N823NA | 03/01/01 | 03/01/01 | 1 | 2 |
| N823NA | 03/07/01 | 03/07/01 | 1 | 2 |
| N823NA | 03/08/01 | 03/08/01 | 1 | 2 |
| N823NA | 03/12/01 | 03/12/01 | 1 | 2 |
| N823NA | 03/12/01 | 03/12/01 | 1 | 2 |
| N823NA | 03/13/01 | 03/13/01 | 1 | 2 |
| N823NA | 03/14/01 | 03/14/01 | 1 | 2 |
| N823NA | 03/15/01 | 03/15/01 | 1 | 2 |
| N823NA | 03/19/01 | 03/19/01 | 1 | 2 |
| N823NA | 03/20/01 | 03/20/01 | 1 | 2 |
| N823NA | 03/21/01 | 03/21/01 | 1 | 2 |
| N823NA | 03/22/01 | 03/22/01 | 1 | 2 |
| N823NA | 03/26/01 | 03/26/01 | 1 | 2 |
| N823NA | 03/26/01 | 03/26/01 | 1 | 2 |
| N823NA | 03/27/01 | 03/27/01 | 1 | 2 |
| N823NA | 03/27/01 | 03/27/01 | 1 | 2 |
| N823NA | 03/28/01 | 03/28/01 | 1 | 2 |
| N823NA | 03/29/01 | 03/29/01 | 1 | 2 |
| N823NA | 04/02/01 | 04/02/01 | 1 | 2 |
| N823NA | 04/02/01 | 04/02/01 | 1 | 2 |
| N823NA | 04/03/01 | 04/03/01 | 1 | 2 |
| N823NA | 04/04/01 | 04/04/01 | 1 | 2 |
| N823NA | 04/05/01 | 04/05/01 | 1 | 2 |
| N823NA | 04/09/01 | 04/09/01 | 1 | 2 |
| N823NA | 04/09/01 | 04/09/01 | 1 | 2 |
| N823NA | 04/10/01 | 04/10/01 | 1 | 2 |
| N823NA | 04/11/01 | 04/11/01 | 1 | 2 |
| N823NA | 04/12/01 | 04/12/01 | 1 | 2 |
| N823NA | 04/16/01 | 04/16/01 | 1 | 2 |
| N823NA | 04/16/01 | 04/16/01 | 1 | 2 |
| N823NA | 04/17/01 | 04/17/01 | 1 | 2 |
| N823NA | 04/18/01 | 04/18/01 | 1 | 2 |
| N823NA | 04/20/01 | 04/20/01 | 1 | 2 |
| N823NA | 04/23/01 | 04/23/01 | 1 | 2 |
| N823NA | 04/23/01 | 04/23/01 | 1 | 2 |
| N823NA | 04/24/01 | 04/24/01 | 1 | 2 |
| N823NA | 04/25/01 | 04/25/01 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 04/26/01 | 04/26/01 | 1 | 2 |
| N823NA | 04/30/01 | 04/30/01 | 1 | 2 |
| N823NA | 04/30/01 | 04/30/01 | 1 | 2 |
| N823NA | 05/01/01 | 05/01/01 | 1 | 2 |
| N823NA | 05/02/01 | 05/02/01 | 1 | 2 |
| N823NA | 05/07/01 | 05/07/01 | 1 | 2 |
| N823NA | 05/07/01 | 05/07/01 | 1 | 2 |
| N823NA | 05/08/01 | 05/08/01 | 1 | 2 |
| N823NA | 05/09/01 | 05/09/01 | 1 | 3 |
| N823NA | 05/10/01 | 05/10/01 | 1 | 2 |
| N823NA | 05/14/01 | 05/14/01 | 1 | 2 |
| N823NA | 05/14/01 | 05/14/01 | 1 | 2 |
| N823NA | 05/15/01 | 05/15/01 | 1 | 2 |
| N823NA | 05/16/01 | 05/16/01 | 1 | 2 |
| N823NA | 05/21/01 | 05/21/01 | 1 | 2 |
| N823NA | 05/21/01 | 05/21/01 | 1 | 2 |
| N823NA | 05/22/01 | 05/22/01 | 1 | 2 |
| N823NA | 05/23/01 | 05/23/01 | 1 | 2 |
| N823NA | 05/29/01 | 05/29/01 | 1 | 2 |
| N823NA | 05/29/01 | 05/29/01 | 1 | 1 |
| N823NA | 05/30/01 | 05/30/01 | 1 | 2 |
| N823NA | 06/04/01 | 06/04/01 | 1 | 2 |
| N823NA | 06/04/01 | 06/04/01 | 1 | 2 |
| N823NA | 06/05/01 | 06/05/01 | 1 | 2 |
| N823NA | 06/06/01 | 06/06/01 | 1 | 2 |
| N823NA | 06/07/01 | 06/07/01 | 1 | 1 |
| N823NA | 06/11/01 | 06/11/01 | 1 | 2 |
| N823NA | 06/11/01 | 06/11/01 | 1 | 2 |
| N823NA | 06/12/01 | 06/12/01 | 1 | 2 |
| N823NA | 06/13/01 | 06/13/01 | 1 | 3 |
| N823NA | 06/15/01 | 06/15/01 | 1 | 1 |
| N823NA | 06/18/01 | 06/18/01 | 1 | 1 |
| N823NA | 06/18/01 | 06/18/01 | 1 | 2 |
| N823NA | 06/18/01 | 06/18/01 | 1 | 2 |
| N823NA | 06/19/01 | 06/19/01 | 1 | 2 |
| N823NA | 06/20/01 | 06/20/01 | 1 | 2 |
| N823NA | 06/22/01 | 06/22/01 | 1 | 1 |
| N823NA | 06/25/01 | 06/25/01 | 1 | 2 |
| N823NA | 06/25/01 | 06/25/01 | 1 | 2 |
| N823NA | 06/26/01 | 06/26/01 | 1 | 4 |
| N823NA | 06/27/01 | 06/27/01 | 1 | 4 |
| N823NA | 07/02/01 | 07/02/01 | 1 | 2 |
| N823NA | 07/02/01 | 07/02/01 | 1 | 2 |
| N823NA | 07/03/01 | 07/03/01 | 1 | 2 |
| N823NA | 07/09/01 | 07/09/01 | 1 | 2 |
| N823NA | 07/09/01 | 07/09/01 | 1 | 2 |
| N823NA | 07/10/01 | 07/10/01 | 1 | 2 |
| N823NA | 07/11/01 | 07/11/01 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 07/16/01 | 07/16/01 | 1 | 2 |
| N823NA | 07/16/01 | 07/16/01 | 1 | 2 |
| N823NA | 07/17/01 | 07/17/01 | 1 | 2 |
| N823NA | 07/18/01 | 07/18/01 | 1 | 2 |
| N823NA | 07/19/01 | 07/19/01 | 1 | 2 |
| N823NA | 07/19/01 | 07/19/01 | 1 | 2 |
| N823NA | 07/23/01 | 07/23/01 | 1 | 2 |
| N823NA | 07/23/01 | 07/23/01 | 1 | 2 |
| N823NA | 07/23/01 | 07/23/01 | 1 | 2 |
| N823NA | 07/24/01 | 07/24/01 | 1 | 2 |
| N823NA | 07/25/01 | 07/25/01 | 1 | 3 |
| N823NA | 07/27/01 | 07/27/01 | 1 | 2 |
| N823NA | 07/30/01 | 07/30/01 | 1 | 2 |
| N823NA | 07/30/01 | 07/30/01 | 1 | 2 |
| N823NA | 07/31/01 | 07/31/01 | 1 | 2 |
| N823NA | 08/01/01 | 08/01/01 | 1 | 2 |
| N823NA | 08/10/01 | 08/10/01 | 1 | 1 |
| N823NA | 08/13/01 | 08/13/01 | 0 | 2 |
| N823NA | 08/13/01 | 08/13/01 | 1 | 2 |
| N823NA | 08/14/01 | 08/14/01 | 1 | 2 |
| N823NA | 08/15/01 | 08/15/01 | 1 | 2 |
| N823NA | 08/20/01 | 08/20/01 | 1 | 2 |
| N823NA | 08/20/01 | 08/20/01 | 0 | 2 |
| N823NA | 08/21/01 | 08/21/01 | 1 | 2 |
| N823NA | 08/22/01 | 08/22/01 | 1 | 2 |
| N823NA | 08/27/01 | 08/27/01 | 1 | 2 |
| N823NA | 08/27/01 | 08/27/01 | 0 | 3 |
| N823NA | 08/28/01 | 08/28/01 | 1 | 2 |
| N823NA | 08/29/01 | 08/29/01 | 1 | 2 |
| N823NA | 09/05/01 | 09/05/01 | 1 | 2 |
| N823NA | 09/10/01 | 09/10/01 | 1 | 1 |
| N823NA | 09/10/01 | 09/10/01 | 1 | 2 |
| N823NA | 09/10/01 | 09/10/01 | 1 | 2 |
| N823NA | 09/17/01 | 09/17/01 | 1 | 2 |
| N823NA | 09/17/01 | 09/17/01 | 1 | 2 |
| N823NA | 09/18/01 | 09/18/01 | 1 | 2 |
| N823NA | 09/19/01 | 09/19/01 | 1 | 2 |
| N823NA | 09/24/01 | 09/24/01 | 1 | 4 |
| N823NA | 09/24/01 | 09/24/01 | 1 | 2 |
| N823NA | 09/25/01 | 09/25/01 | 1 | 2 |
| N823NA | 09/25/01 | 09/25/01 | 1 | 2 |
| N823NA | 09/26/01 | 09/26/01 | 1 | 2 |
| N823NA | 09/26/01 | 09/26/01 | 1 | 2 |
| N823NA | 09/27/01 | 09/27/01 | 1 | 2 |
| N823NA | 09/28/01 | 09/28/01 | 1 | 2 |
| N823NA | 10/01/01 | 10/01/01 | 1 | 2 |
| N823NA | 10/03/01 | 10/03/01 | 1 | 2 |
| N823NA | 10/07/01 | 10/07/01 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 10/08/01 | 10/08/01 | 1 | 2 |
| N823NA | 10/08/01 | 10/08/01 | 1 | 2 |
| N823NA | 10/09/01 | 10/09/01 | 1 | 2 |
| N823NA | 10/10/01 | 10/10/01 | 1 | 2 |
| N823NA | 10/12/01 | 10/12/01 | 1 | 2 |
| N823NA | 10/15/01 | 10/15/01 | 1 | 2 |
| N823NA | 10/15/01 | 10/15/01 | 1 | 2 |
| N823NA | 10/16/01 | 10/16/01 | 1 | 2 |
| N823NA | 10/17/01 | 10/17/01 | 1 | 2 |
| N823NA | 10/19/01 | 10/19/01 | 1 | 2 |
| N823NA | 10/22/01 | 10/22/01 | 1 | 2 |
| N823NA | 10/23/01 | 10/23/01 | 1 | 2 |
| N823NA | 10/24/01 | 10/24/01 | 1 | 2 |
| N823NA | 10/26/01 | 10/26/01 | 1 | 2 |
| N823NA | 10/29/01 | 10/29/01 | 1 | 2 |
| N823NA | 10/29/01 | 10/29/01 | 1 | 2 |
| N823NA | 10/30/01 | 10/30/01 | 1 | 2 |
| N823NA | 11/05/01 | 11/05/01 | 1 | 2 |
| N823NA | 11/05/01 | 11/05/01 | 1 | 2 |
| N823NA | 11/06/01 | 11/06/01 | 1 | 2 |
| N823NA | 11/06/01 | 11/06/01 | 1 | 1 |
| N823NA | 11/07/01 | 11/07/01 | 1 | 2 |
| N823NA | 11/12/01 | 11/12/01 | 1 | 2 |
| N823NA | 11/12/01 | 11/12/01 | 1 | 2 |
| N823NA | 11/13/01 | 11/13/01 | 1 | 2 |
| N823NA | 11/14/01 | 11/14/01 | 1 | 2 |
| N823NA | 11/16/01 | 11/16/01 | 1 | 2 |
| N823NA | 11/19/01 | 11/19/01 | 1 | 2 |
| N823NA | 11/26/01 | 11/26/01 | 1 | 2 |
| N823NA | 11/26/01 | 11/26/01 | 1 | 2 |
| N823NA | 11/28/01 | 11/28/01 | 1 | 2 |
| N823NA | 12/03/01 | 12/03/01 | 1 | 2 |
| N823NA | 12/03/01 | 12/03/01 | 1 | 2 |
| N823NA | 12/04/01 | 12/04/01 | 1 | 2 |
| N823NA | 12/05/01 | 12/05/01 | 1 | 2 |
| N823NA | 12/10/01 | 12/10/01 | 1 | 2 |
| N823NA | 12/10/01 | 12/10/01 | 1 | 2 |
| N823NA | 12/11/01 | 12/11/01 | 1 | 2 |
| N823NA | 12/12/01 | 12/12/01 | 1 | 2 |
| N823NA | 12/13/01 | 12/13/01 | 1 | 2 |
| N823NA | 12/17/01 | 12/17/01 | 1 | 2 |
| N823NA | 12/17/01 | 12/17/01 | 1 | 2 |
| N823NA | 12/18/01 | 12/18/01 | 1 | 2 |
| N823NA | 12/19/01 | 12/19/01 | 1 | 3 |
| N823NA | 01/03/02 | 01/03/02 | 1 | 2 |
| N823NA | 01/07/02 | 01/07/02 | 1 | 2 |
| N823NA | 01/07/02 | 01/07/02 | 1 | 2 |
| N823NA | 01/08/02 | 01/08/02 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 01/09/02 | 01/09/02 | 1 | 2 |
| N823NA | 01/14/02 | 01/14/02 | 1 | 2 |
| N823NA | 01/14/02 | 01/14/02 | 1 | 2 |
| N823NA | 01/15/02 | 01/15/02 | 1 | 2 |
| N823NA | 01/16/02 | 01/16/02 | 1 | 2 |
| N823NA | 01/22/02 | 01/22/02 | 1 | 2 |
| N823NA | 01/22/02 | 01/22/02 | 1 | 2 |
| N823NA | 01/23/02 | 01/23/02 | 1 | 2 |
| N823NA | 01/28/02 | 01/28/02 | 1 | 2 |
| N823NA | 01/28/02 | 01/28/02 | 1 | 2 |
| N823NA | 01/29/02 | 01/29/02 | 1 | 2 |
| N823NA | 01/30/02 | 01/30/02 | 1 | 2 |
| N823NA | 02/04/02 | 02/04/02 | 1 | 2 |
| N823NA | 02/05/02 | 02/05/02 | 1 | 2 |
| N823NA | 02/06/02 | 02/06/02 | 1 | 2 |
| N823NA | 02/10/02 | 02/10/02 | 1 | 2 |
| N823NA | 02/11/02 | 02/11/02 | 0 | 2 |
| N823NA | 02/11/02 | 02/11/02 | 0 | 2 |
| N823NA | 02/11/02 | 02/11/02 | 1 | 2 |
| N823NA | 02/12/02 | 02/12/02 | 1 | 2 |
| N823NA | 02/12/02 | 02/12/02 | 0 | 2 |
| N823NA | 02/13/02 | 02/13/02 | 1 | 2 |
| N823NA | 02/13/02 | 02/13/02 | 0 | 2 |
| N823NA | 02/19/02 | 02/19/02 | 1 | 2 |
| N823NA | 02/20/02 | 02/20/02 | 1 | 2 |
| N823NA | 02/26/02 | 02/26/02 | 1 | 2 |
| N823NA | 02/27/02 | 02/27/02 | 1 | 1 |
| N823NA | 03/04/02 | 03/04/02 | 1 | 2 |
| N823NA | 03/04/02 | 03/04/02 | 1 | 2 |
| N823NA | 03/05/02 | 03/05/02 | 1 | 2 |
| N823NA | 03/06/02 | 03/06/02 | 1 | 2 |
| N823NA | 03/06/02 | 03/06/02 | ---- | ---- |
| N823NA | 03/07/02 | 03/07/02 | 1 | 2 |
| N823NA | 03/08/02 | 03/08/02 | ---- | ---- |
| N823NA | 03/08/02 | 03/08/02 | 1 | 2 |
| N823NA | 03/11/02 | 03/11/02 | 1 | 2 |
| N823NA | 03/11/02 | 03/11/02 | 1 | 2 |
| N823NA | 03/12/02 | 03/12/02 | 1 | 2 |
| N823NA | 03/13/02 | 03/13/02 | ---- | ---- |
| N823NA | 03/13/02 | 03/13/02 | 1 | 2 |
| N823NA | 03/18/02 | 03/18/02 | 1 | 2 |
| N823NA | 03/18/02 | 03/18/02 | 1 | 2 |
| N823NA | 03/19/02 | 03/19/02 | 1 | 2 |
| N823NA | 03/20/02 | 03/20/02 | 1 | 2 |
| N823NA | 03/20/02 | 03/20/02 | ---- | ---- |
| N823NA | 03/25/02 | 03/25/02 | 1 | 2 |
| N823NA | 03/25/02 | 03/25/02 | 1 | 2 |
| N823NA | 03/26/02 | 03/26/02 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 03/27/02 | 03/27/02 | ---- | ---- |
| N823NA | 03/27/02 | 03/27/02 | 1 | 2 |
| N823NA | 04/01/02 | 04/01/02 | 1 | 2 |
| N823NA | 04/02/02 | 04/02/02 | 1 | 2 |
| N823NA | 04/03/02 | 04/03/02 | 1 | 2 |
| N823NA | 04/08/02 | 04/08/02 | 1 | 2 |
| N823NA | 04/08/02 | 04/08/02 | 1 | 2 |
| N823NA | 04/10/02 | 04/10/02 | 1 | 2 |
| N823NA | 04/15/02 | 04/15/02 | 1 | 2 |
| N823NA | 04/15/02 | 04/15/02 | 1 | 2 |
| N823NA | 04/16/02 | 04/16/02 | 1 | 2 |
| N823NA | 04/17/02 | 04/17/02 | 1 | 2 |
| N823NA | 04/18/02 | 04/18/02 | 1 | 2 |
| N823NA | 04/18/02 | 04/18/02 | 1 | 2 |
| N823NA | 04/22/02 | 04/22/02 | 1 | 2 |
| N823NA | 04/22/02 | 04/22/02 | 1 | 2 |
| N823NA | 04/23/02 | 04/23/02 | 1 | 2 |
| N823NA | 04/24/02 | 04/24/02 | 1 | 2 |
| N823NA | 04/29/02 | 04/29/02 | 1 | 2 |
| N823NA | 04/29/02 | 04/29/02 | --- | ---- |
| N823NA | 04/29/02 | 04/29/02 | 1 | 2 |
| N823NA | 04/30/02 | 04/30/02 | --- | ---- |
| N823NA | 04/30/02 | 04/30/02 | --- | ---- |
| N823NA | 04/30/02 | 04/30/02 | 1 | 2 |
| N823NA | 05/01/02 | 05/01/02 | 1 | 2 |
| N823NA | 05/06/02 | 05/06/02 | 1 | 2 |
| N823NA | 05/06/02 | 05/06/02 | 1 | 2 |
| N823NA | 05/07/02 | 05/07/02 | 1 | 2 |
| N823NA | 05/08/02 | 05/08/02 | 1 | 2 |
| N823NA | 05/13/02 | 05/13/02 | 1 | 2 |
| N823NA | 05/13/02 | 05/13/02 | 1 | 2 |
| N823NA | 05/14/02 | 05/14/02 | 1 | 2 |
| N823NA | 05/15/02 | 05/15/02 | 1 | 3 |
| N823NA | 05/20/02 | 05/20/02 | 1 | 2 |
| N823NA | 05/20/02 | 05/20/02 | 1 | 2 |
| N823NA | 05/22/02 | 05/22/02 | 1 | 2 |
| N823NA | 05/28/02 | 05/28/02 | 1 | 2 |
| N823NA | 05/28/02 | 05/28/02 | 1 | 2 |
| N823NA | 05/29/02 | 05/29/02 | 1 | 2 |
| N823NA | 06/03/02 | 06/03/02 | 1 | 2 |
| N823NA | 06/03/02 | 06/03/02 | 1 | 2 |
| N823NA | 06/04/02 | 06/04/02 | 1 | 2 |
| N823NA | 06/10/02 | 06/10/02 | 1 | 2 |
| N823NA | 06/10/02 | 06/10/02 | 1 | 2 |
| N823NA | 06/11/02 | 06/11/02 | 1 | 2 |
| N823NA | 06/12/02 | 06/12/02 | 1 | 2 |
| N823NA | 06/17/02 | 06/17/02 | 1 | 2 |
| N823NA | 06/17/02 | 06/17/02 | 1 | 2 |

| | | | | |
|---|---|---|---|---|
| N823NA | 06/18/02 | 06/18/02 | 1 | 2 |
| N823NA | 06/19/02 | 06/19/02 | 1 | 2 |
| N823NA | 06/24/02 | 06/24/02 | 1 | 2 |
| N823NA | 06/24/02 | 06/24/02 | 1 | 2 |
| N823NA | 06/26/02 | 06/26/02 | 1 | 2 |
| N823NA | 07/01/02 | 07/01/02 | 1 | 2 |
| N823NA | 07/02/02 | 07/02/02 | 1 | 2 |
| N823NA | 07/08/02 | 07/08/02 | 1 | 2 |
| N823NA | 07/15/02 | 07/15/02 | 1 | 2 |
| N823NA | 07/15/02 | 07/15/02 | 1 | 2 |
| N823NA | 07/16/02 | 07/16/02 | 1 | 2 |
| N823NA | 07/17/02 | 07/17/02 | 1 | 2 |
| N823NA | 07/22/02 | 07/22/02 | 1 | 2 |
| N823NA | 07/22/02 | 07/22/02 | 1 | 2 |
| N823NA | 07/23/02 | 07/23/02 | 1 | 2 |
| N823NA | 07/24/02 | 07/24/02 | 1 | 2 |
| N823NA | 07/29/02 | 07/29/02 | 1 | 2 |
| N823NA | 07/29/02 | 07/29/02 | 1 | 2 |
| N823NA | 07/30/02 | 07/30/02 | 1 | 2 |
| N823NA | 07/31/02 | 07/31/02 | 1 | 2 |
| N823NA | 08/02/02 | 08/01/02 | 2 | 2 |
| N823NA | 08/05/02 | 08/05/02 | 1 | 3 |
| N823NA | 08/05/02 | 08/05/02 | 1 | 2 |
| N823NA | 08/06/02 | 08/06/02 | 1 | 2 |
| N730PA | 08/16/02 | 08/16/02 | 1 | 2 |
| N730PA | 08/18/02 | 08/18/02 | 1 | 1 |
| N730PA | 08/19/02 | 08/19/02 | 1 | 2 |
| N730PA | 08/19/02 | 08/18-19/02 | 2 | 3 |
| N823NA | 09/16/02 | 09/16/02 | 1 | 2 |
| N823NA | 09/16/02 | 09/16/02 | 1 | 2 |
| N823NA | 09/17/02 | 09/17/02 | 1 | 2 |
| N823NA | 09/17/02 | 09/17/02 | 1 | 2 |
| N823NA | 09/18/02 | 09/18/02 | 1 | 2 |
| N730PA | 09/19/02 | 09/19/02 | 1 | 2 |
| N823NA | 09/19/02 | 09/19/02 | 1 | 2 |
| N730PA | 09/20/02 | 09/20/02 | 1 | 1 |
| N730PA | 09/21/02 | 09/19-21/02 | 3 | 3 |
| N730PA | 09/21/02 | 09/21/02 | 1 | 1 |
| N823NA | 09/23/02 | 09/23/02 | 1 | 2 |
| N823NA | 09/23/02 | 09/23/02 | 1 | 2 |
| N823NA | 09/24/02 | 09/24/02 | 1 | 2 |
| N823NA | 09/25/02 | 09/25/02 | 1 | 2 |
| N730PA | 09/26/02 | 09/26/02 | 1 | 1 |
| N730PA | 09/27/02 | 09/27/02 | 1 | 1 |
| N730PA | 09/28/02 | 09/28/02 | 1 | 2 |
| N730PA | 09/28/02 | 09/26-28/02 | 3 | 3 |
| N823NA | 09/30/02 | 09/30/02 | 1 | 2 |
| N823NA | 09/30/02 | 09/30/02 | 1 | 2 |

| Tail | Date | Range | A | B |
|---|---|---|---|---|
| N823NA | 10/01/02 | 10/01/02 | 1 | 2 |
| N823NA | 10/02/02 | 10/02/02 | 1 | 2 |
| N730PA | 10/05/02 | 10/03-05/02 | 3 | 3 |
| N823NA | 10/07/02 | 10/07/02 | 1 | 2 |
| N823NA | 10/07/02 | 10/07/02 | 1 | 2 |
| N823NA | 10/08/02 | 10/08/02 | 1 | 2 |
| N823NA | 10/09/02 | 10/09/02 | 1 | 2 |
| N730PA | 10/10/02 | 10/09-10/02 | 2 | 3 |
| N823NA | 10/14/02 | 10/14/02 | 1 | 2 |
| N823NA | 10/14/02 | 10/14/02 | 1 | 2 |
| N823NA | 10/15/02 | 10/15/02 | 1 | 2 |
| N823NA | 10/16/02 | 10/16/02 | 1 | 2 |
| N823NA | 10/21/02 | 10/21/02 | 1 | 2 |
| N823NA | 10/21/02 | 10/21/02 | 1 | 2 |
| N823NA | 10/22/02 | 10/22/02 | 1 | 2 |
| N730PA | 10/23/02 | 10/18-23/02 | 6 | 5 |
| N823NA | 10/23/02 | 10/23/02 | 1 | 2 |
| N823NA | 10/28/02 | 10/28/02 | 1 | 2 |
| N823NA | 10/28/02 | 10/28/02 | 1 | 2 |
| N730PA | 10/28/02 | 10/25-28/02 | 4 | 3 |
| N823NA | 11/04/02 | 11/04/02 | 1 | 2 |
| N823NA | 11/04/02 | 11/04/02 | 1 | 2 |
| N823NA | 11/05/02 | 11/05/02 | 1 | 2 |
| N730PA | 11/05/02 | 10/31-11/05/02 | 6 | 4 |
| N823NA | 11/06/02 | 11/06/02 | 1 | 2 |
| N730PA | 11/10/02 | 11/06-10/02 | 5 | 5 |
| N823NA | 11/11/02 | 11/11/02 | 1 | 2 |
| N823NA | 11/11/02 | 11/11/02 | 1 | 2 |
| N823NA | 11/12/02 | 11/12/02 | 1 | 2 |
| N823NA | 11/13/02 | 11/13/02 | 1 | 2 |
| N823NA | 11/18/02 | 11/18/02 | 1 | 2 |
| N823NA | 11/18/02 | 11/18/02 | 1 | 2 |
| N823NA | 11/19/02 | 11/19/02 | 1 | 2 |
| N823NA | 11/20/02 | 11/20/02 | 1 | 3 |
| N730PA | 11/22/02 | 11/22/02 | 1 | 2 |
| N730PA | 11/22/02 | 11/22/02 | 1 | 2 |
| N823NA | 11/25/02 | 11/25/02 | 1 | 2 |
| N823NA | 11/25/02 | 11/25/02 | 1 | 2 |
| N730PA | 11/27/02 | 11/26-27/02 | 2 | 2 |
| N730PA | 11/27/02 | 11/26-27/02 | 2 | 3 |
| N730PA | 12/03/02 | 11/30-12/03/02 | 4 | 5 |
| N730PA | 12/12/02 | 12/06-12/02 | 7 | 5 |
| N730PA | 12/18/02 | 12/17-18/02 | 2 | 2 |
| N730PA | 12/22/02 | 12/20-22/02 | 3 | 4 |
| N730PA | 12/24/02 | 12/22-24/02 | 3 | 3 |
| N730PA | 12/28/02 | 12/27-28/02 | 2 | 3 |
| N730PA | 01/04/03 | 01/01-04/03 | 4 | 5 |
| N730PA | 01/04/03 | 01/04/03 | 0 | 1 |

| | | | | |
|---|---|---|---|---|
| N730PA | 01/07/03 | 01/06-07/03 | 2 | 2 |
| N730PA | 01/14/03 | 01/13-14/03 | 2 | 3 |
| N730PA | 01/14/03 | 01/13-14/03 | ---- | ---- |
| N730PA | 01/17/03 | 01/16-17/03 | ---- | ---- |
| N730PA | 01/17/03 | 01/16-17/03 | 2 | 4 |
| N730PA | 01/19/03 | 01/18-19/03 | 2 | 2 |
| N730PA | 01/19/03 | 01/18-19/03 | ---- | ---- |
| N730PA | 01/23/03 | 01/19-23/03 | 5 | 2 |
| N730PA | 01/29/03 | 01/23-29/03 | ---- | ---- |
| N730PA | 01/29/03 | 01/29/03 | 0 | 1 |
| N730PA | 01/29/03 | 01/23-29/03 | 6 | 4 |
| N730PA | 02/03/03 | 02/03/03 | 1 | 3 |
| N730PA | 02/08/03 | 02/07-08/03 | 2 | 2 |
| N730PA | 02/08/03 | 02/07-08/03 | ---- | ---- |
| N730PA | 02/14/03 | 02/10-14/03 | ---- | ---- |
| N730PA | 02/14/03 | 02/10-14/03 | 5 | 3 |
| N730PA | 02/15/03 | 02/15/03 | 1 | 1 |
| N730PA | 02/21/03 | 02/20-21/03 | ---- | ---- |
| N730PA | 02/21/03 | 02/21/03 | 0 | 2 |
| N730PA | 02/21/03 | 02/21/03 | ---- | ---- |
| N730PA | 02/21/03 | 02/20-21/03 | 2 | 3 |
| N730PA | 02/22/03 | 02/22/03 | 1 | 1 |
| N730PA | 02/27/03 | 02/25-27/03 | 3 | 4 |
| N730PA | 02/27/03 | 02/25-27/03 | ---- | ---- |
| N730PA | 03/06/03 | 2/28-03/06/03 | ---- | ---- |
| N730PA | 03/06/03 | 2/28-03/06/03 | 7 | 5 |
| N730PA | 03/16/03 | 03/13-16/03 | ---- | ---- |
| N730PA | 03/16/03 | 03/13-16/03 | 4 | 4 |
| N730PA | 03/25/03 | 03/19-25/03 | 7 | 5 |
| N730PA | 03/25/03 | 03/19-25/03 | ---- | ---- |
| N730PA | 04/01/03 | 03/30-04/01/03 | ---- | ---- |
| N730PA | 04/01/03 | 04/01/03 | 1 | 1 |
| N730PA | 04/01/03 | 03/30-04/01/03 | 3 | 3 |
| N730PA | 04/06/03 | 04/05-06/03 | 2 | 4 |
| N730PA | 04/06/03 | 04/05-06/03 | --- | --- |
| N730PA | 04/17/03 | 04/13-17/03 | 5 | 3 |
| N730PA | 04/17/03 | 04/13-17/03 | --- | --- |
| N730PA | 04/21/03 | 04/19-21/03 | --- | --- |
| N730PA | 04/21/03 | 04/19-21/03 | 3 | 3 |
| N730PA | 04/26/03 | 04/23-26/03 | 4 | 3 |
| N730PA | 04/26/03 | 04/23-26/03 | --- | --- |
| N730PA | 05/03/03 | 05/01-03/03 | 3 | 3 |
| N730PA | 05/03/03 | 05/01-03/03 | --- | --- |
| N730PA | 05/23/03 | 05/17-23/03 | 7 | 6 |
| N730PA | 05/23/03 | 05/17-23/03 | --- | --- |

**Non -Charter**

| | | | | |
|---|---|---|---|---|
| N823NA | 07/14/00 | 07/14/00 | 1 | 5 |

| | | | | |
|---|---|---|---|---|
| N823NA | 07/24/00 | 07/24/00 | 1 | 3 |
| N823NA | 07/27/00 | 07/27/00 | 1 | 1 |
| N823NA | 07/31/00 | 07/31/00 | 1 | 2 |
| N823NA | 08/01/00 | 08/01/00 | 1 | 1 |
| N823NA | 08/07/00 | 08/07/00 | 1 | 2 |
| N823NA | 08/15/00 | 08/15/00 | 1 | 1 |
| N823NA | 08/21/00 | 08/21/00 | 1 | 2 |
| N823NA | 08/23/00 | 08/23/00 | 1 | 1 |
| N823NA | 09/15/00 | 09/15/00 | 1 | 2 |
| N823NA | 12/01/00 | 12/01/00 | 1 | 1 |
| N823NA | 12/03/00 | 12/03/00 | 1 | 1 |
| N823NA | 12/18/00 | 12/18/00 | 1 | 1 |
| N399PA | 12/28/00 | 12/28/00 | 1 | 4 |
| N399PA | 01/12/01 | 01/11-12/01 | 2 | 3 |
| N823NA | 02/02/01 | 02/02/01 | 1 | 2 |
| N399PA | 02/04/01 | 02/03-04/01 | 2 | 2 |
| N399PA | 02/05/01 | 02/05/01 | 1 | 1 |
| N399PA | 02/25/01 | 02/22/01 | 1 | 2 |
| N399PA | 04/08/01 | 04/06-08/01 | 3 | 3 |
| N399PA | 04/09/01 | 04/09/01 | 1 | 4 |
| N399PA | 04/23/01 | 04/22-23/01 | 2 | 4 |
| N823NA | 05/06/01 | 05/06/01 | 1 | 4 |
| N399PA | 05/20/01 | 05/20/01 | 1 | 2 |
| N399PA | 05/23/01 | 05/23/01 | 1 | 1 |
| N399PA | 06/02/01 | 06/02/01 | 1 | 1 |
| N399PA | 06/26/01 | 06/09-26/01 | 6 | 6 |
| N399PA | 07/20/01 | 07/20/01 | 1 | 2 |
| N399PA | 07/26/01 | 07/26/01 | 1 | 1 |
| N399PA | 08/10/01 | 08/10/01 | 1 | 1 |
| N823NA | 08/30/01 | 08/30/01 | 1 | 4 |
| N399PA | 10/18/01 | 10/18/01 | 1 | 2 |
| N399PA | 11/05/01 | 11/03-05/01 | 3 | 4 |
| N399PA | 11/07/01 | 11/06-07/01 | 2 | 3 |
| N399PA | 11/14/01 | 11/12-14/01 | 3 | 4 |
| N399PA | 12/05/01 | 12/04-05/01 | 2 | 3 |
| N399PA | 12/12/01 | 12/09-12/01 | 4 | 5 |
| N823NA | 01/04/02 | 01/04/02 | 1 | 1 |
| N399PA | 01/31/02 | 01/31/02 | 1 | 4 |
| N823NA | 02/28/02 | 02/28/02 | 1 | 1 |
| N399PA | 03/05/02 | 03/05/02 | 1 | 1 |
| N823NA | 03/07/02 | 03/07/02 | 1 | 2 |
| N823NA | 05/19/02 | 05/16-19/02 | 4 | 9 |
| N823NA | 05/23/02 | 05/23/02 | 1 | 2 |
| N823NA | 06/04/02 | 06/04/02 | 1 | 2 |
| N823NA | 06/24/02 | 06/24/02 | 1 | 1 |
| N823NA | 06/30/02 | 06/30/02 | 1 | 2 |
| N823NA | 09/12/02 | 09/12/02 | 1 | 1 |
| N823NA | 09/27/02 | 09/27/02 | 1 | 2 |

| N399PA | 01/11/03 | 12/31-01/11/03 | 12 | 7 |
| N399PA | 01/31/03 | 01/29-31/03 | 3 | 6 |
| N399PA | 02/06/03 | 02/06/03 | 1 | 2 |
| N399PA | 02/22/03 | 02/15-22/03 | 8 | 5 |
| N399PA | 02/24/03 | 02/24/03 | 1 | 1 |
| N399PA | 03/13/03 | 03/12-13/03 | 2 | 7 |
| N399PA | 03/13/03 | 03/13/03 | 0 | 1 |
| N823NA | 04/09/03 | 04/09/03 | 1 | 1 |
| N823NA | 05/11/03 | 05/11/03 | 1 | 1 |
| N399PA | 06/12/03 | 06/12/03 | 1 | 1 |
| N823NA | 06/16/03 | 06/16/03 | 1 | 1 |
| N399PA | 06/20/03 | 06/20/03 | 1 | 1 |