UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
NICHOLAS CAGGIANIELLO,         :
NEIL HOWARD, and THOMAS FALCO  :
                               :
     v.                        :   CASE NO. 3:03CV1011 (AWT)
                               :
FSG PRIVATAIR, INC.,           :
DAVID C. HURLEY,               :
HUGH F. REGAN,                 :
THOMAS H. MILLER, and          :
THOMAS L. CONNELLY             :
```

## JUDGMENT

This action having come on for consideration of the defendants' second renewed motion to dismiss, before the Honorable Alvin W. Thompson, United States District Judge, and

The court having considered the full record of the case including applicable principles of law, and having filed a ruling granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants FSG Privatair, Inc., David C. Hurley, Hugh F. Regan, Thomas H. Miller, and Thomas L. Connelly, and this case is dismissed.

Dated at Hartford, Connecticut, this 10th day of April, 2007.

KEVIN F. ROWE, Clerk


By  ___/s/ SLS___
    Sandra Smith
    Deputy Clerk