FORM 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.

CIVIL ACTION NO.   3:03CV1011(AWT)

Plaintiffs,

vs.

FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY

May 8, 2007

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEAL

1.  Pursuant to F.R.A.P.4(a)(1), Caggianiello ETAL. hereby gives notice and appeals to the United States District Court of Appeals for the Second Circuit from the following Judgment Order (describe the Judgment Order):

The Court entered a Ruling granting Defendants' Second Renewed Motion to Dismiss.

2.  The Judgment/Order in this action was entered on April 9, 2007.

_____
Signature

James T. Baldwin
Print Name

1261 Post Road
Fairfield, CT 06824
Address

203-319-0800
Phone

May 8, 2007
Date

Note: you may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. Court within 30- days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the of the United States is a party).

## CERTIFICATION

I hereby certify that on the 8th day of May, 2007, a copy of the foregoing was delivered via first class regular mail, postage prepaid to:

Joseph C. Maya, Esq.
Russell J. Sweeting, Esq.
Maya & Associates, P.C.
266 Post Road East
Fairfield, CT 06824

Richard J. Diviney, Esq.
Sherwood & Garlick
65 Jesup Road
PO Box 390
Westport, CT 06881-0390

James T. Baldwin