

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT

NICHOLAS CAGGIANIELLO, NEIL HOWARD and THOMAS FALCO, on behalf of themselves and all other similarly situated employees of FSG PrivatAir, Inc.

Appellants,

vs.

FSG PRIVATAIR, INC., and in their individual and official capacities DAVID C. HURLEY, HUGH F. REGAN, THOMAS H. MILLER and THOMAS L. CONNELLY

Appellees.

DOCKET NO.: 07-2001-cv

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that the undersigned hereby stipulate that the above-captioned appeal is hereby withdrawn with prejudice without costs, and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

APPELLANTS

By: _____
James T. Baldwin
Coles, Baldwin & Craft, LLC
1261 Post Road, P.O. Box 577
Fairfield, CT 06824

APPELLEES

By: _____
Raymond W. Bertrand, Esq.
Paul, Hastings, Janofsky & Walker
1055 Washington Boulevard, 10th Fl.
Stamford, CT 06901

SO ORDERED
FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

CERTIFIED: 3/14/2008